UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| MAKER'S MARK DISTILLERY, PBC, ) <br> ) <br>    Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SPALDING GROUP, INC. d/b/a ENGLISH ) <br> EMPRISE AND TED'S CIGARS and ) <br> THEODORE JACKSON, JR., ) <br> ) <br>    Defendants. ) | CASE NO. 3:19-CV-14-GNS-LLK <br><br> JUDGE GREG N. STIVERS <br><br> MAGISTRATE JUDGE LANNY KING |

## NOTICE OF FILING

**PLEASE TAKE NOTICE THAT**, pursuant to Local Rule 7.1(h), Plaintiff Maker's Mark Distillery, PBC ("Maker's Mark") hereby provides copies of excerpts from the following authorities that Maker's Mark cited in the pleadings it filed in connection with the parties' motions for summary judgment and motions to exclude expert testimony:

| | **Attached Authority** | **Citing References** |
|---|---|---|
| **Exhibit 1** | David H. Bernstein & Bruce P. Keller, "Survey Evidence in False Advertising Cases," *Trademark & Deceptive Advertising Surveys: Law, Science, & Design*, Diamond and Swann eds. (2d ed. 2022) | Dkt. 161 |
| **Exhibit 2** | Henry D. Ostberg, Ph.D., *Response to the Article Entitled, "A 'Reading' Test or A 'Memory' Test: Which Survey Methodology Is Correct?"*, 95 TMR 1446 (2005). | Dkt. 136-1; Dkt. 153; Dkt. 161 |
| **Exhibit 3** | Itamar Simonson & Ran Kivetz, "Demand Effects in Likelihood of Confusion Surveys," *Trademark & Deceptive Advertising Surveys: Law, Science & Design*, Diamond and Swann eds. (2012) | Dkt. 136-1; Dkt. 153 |
| **Exhibit 4** | Jerre B. Swann, *A "Reading" Test or A "Memory" Test: Which Survey Methodology Is Correct?*, 95 TMR 876 (2005) | Dkt. 136-1; Dkt. 161 |

| | **Attached Authority** | **Citing References** |
|---|---|---|
| **Exhibit 5** | Jerre B. Swann, *Eveready and Squirt-Cognitively Updated*, 106 TMR 727 (2016) | Dkt. 153; Dkt. 161 |
| **Exhibit 6** | Jerre B. Swann, "Likelihood-of-Confusion Surveys," *Trademark & Deceptive Advertising Surveys: Law, Science, & Design*, Diamond and Swann eds. (2d ed. 2022) | Dkt. 136-1; Dkt. 153; Dkt. 161 |
| **Exhibit 7** | Jerre B. Swann, "Survey Critiques," *Trademark & Deceptive Advertising Surveys: Law, Science, & Design*, Diamond and Swann eds. (2012) | Dkt. 136-1 |
| **Exhibit 8** | *Manual for Complex Litigation*, Fourth, § 11.493 | Dkt. 136-1 |
| **Exhibit 9** | Mike Rappeport, *Response to Survey Methodology Articles*, 96 TMR 769 (2006) | Dkt. 136-1; Dkt. 153 |
| **Exhibit 10** | Shari S. Diamond, "Control Foundations: Rationales and Approaches," *Trademark & Deceptive Advertising Surveys: Law, Science, & Design*, Diamond and Swann eds. (2d ed. 2022) | Dkt. 136-1; Dkt. 161 |
| **Exhibit 11** | Shari S. Diamond, "Reference Guide on Survey Research," *Reference Manual on Scientific Evidence* (3d ed. 2011) | Dkt. 136-1; Dkt. 153; Dkt. 161 |
| **Exhibit 12** | Shari S. Diamond, "Surveys in Dilution Cases," *Trademark & Deceptive Advertising Surveys: Law, Science, and Design*, Diamond and Swann eds. (2d ed. 2022) | Dkt. 152 |
| **Exhibit 13** | Terence P. Ross, *Intellectual Property Law: Damages & Remedies* (eBook 2019) | Dkt. 154 |

Dated: August 29, 2023    Respectfully submitted,

 /s/ Suhani Mehrotra

Peter M. Spingola (*pro hac vice*)
Shannon T. Knight (*pro hac vice*)
Suhani Mehrotra (*pro hac vice*)
CHAPMAN SPINGOLA, LLP
190 South LaSalle Street, Suite 3850
Chicago, Illinois 60603

pspingola@chapmanspingola.com
sknight@chapmanspingola.com
smehrotra@chapmanspingola.com

-and-

Douglas C. Ballantine
Christopher E. Schaefer
Chadler M. Hardin
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
douglas.ballantine@skofirm.com
christopher.schaefer@skofirm.com
chad.hardin@skofirm.com

***Counsel for Maker's Mark Distillery, Inc. n/k/a Maker's Mark Distillery, PBC***

## **CERTIFICATE OF SERVICE**

I, Suhani Mehrotra, an attorney for Plaintiff, hereby certify that on August 29, 2023, I caused the foregoing document to be served on counsel of record by filing the same with the Court's CM/ECF system.

/s/ Suhani Mehrotra