UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

**(Electronically Filed)**

| | |
|---|---|
| MAKER'S MARK DISTILLERY, PBC ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | Civil Action No.: 3:19-CV-14-GNS-LLK |
| ) | Judge STIVERS |
| SPALDING GROUP, INC. ) | Magistrate Judge KING |
| d/b/a ENGLISH EMPRISE AND TED'S ) | |
| CIGARS and THEODORE JACKSON, JR. ) | |
| ) | |
| Defendants ) | |

*************

**JOINT STATUS REPORT**

The parties, Maker's Mark Distillery, PBC ("Plaintiff"), Spalding Group, Inc. ("Spalding"), and Theodore Jackson ("Jackson") (collectively "Defendants"), by counsel, and pursuant to the Court's Order of April 12, 2024 (DN 173), submit this Joint Status Report regarding which matters they intend to present to the jury.

Plaintiff presented Defendants with a detailed proposal as to the issues it believed should go to a jury and/or to the Court. Defendants are still considering the proposal but, due to travel and other recent conflicts, have not yet been able to agree or offer a counterproposal as of this filing. Given that a complete agreement as to the current proposal could necessarily result in a waiver of the right to a jury trial, as to some issues, the decision is not one that Defendants take lightly.

The parties are continuing to meet and confer and agree to submit a supplemental joint status report on May 17, 2024. Should the parties not be able to come to an agreement by that time,

1

then the parties will plan on filing simultaneous briefs outlining their respective positions on June 7, as set forth in the Court's April 12 Order.

Finally, the parties have discussed the possibility of conducting a settlement conference with Magistrate Judge King but have not come to any conclusions as of yet. The parties will continue to discuss and likewise provide an update to the Court once a final decision is made.

Respectfully submitted,

May 10, 2024

*s/Shannon Knight, with permission*

 Peter M. Spingola (*pro hac vice*)
Shannon T. Knight (*pro hac vice*)
Suhani Mehrotra (*pro hac vice*)
Robert Chapman (*pro hac vice*)
CHAPMAN SPINGOLA, LLP
190 South LaSalle Street, Suite 3850
Chicago, Illinois 60603
pspingola@chapmanspingola.com
sknight@chapmanspingola.com
smehrotra@chapmanspingola.com
rchapman@chapmanspingola.com

-and-

Douglas C. Ballantine
Chadler M. Hardin
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, KY 40202-2828
douglas.ballantine@skofirm.com
Chadler.hardin@skofirm.com


**COUNSEL FOR PLAINTIFF
MAKER'S MARK DISTILLERY, PBC**

*s/Brian McGraw*

Dennis D. Murrell
Elisabeth S. Gray
Brian P. McGraw
GRAY ICE HIGDON, PLLC
3939 Shelbyville Road, Unit 201
Louisville, Kentucky 40207
Phone: (502) 584-1135
dmurrell@grayice.com
egray@grayice.com
bmcgraw@grayice.com


**COUNSEL FOR DEFENDANTS
SPALDING GROUP, INC. and**

3

**CERTIFICATE OF SERVICE**

It is hereby certified that the foregoing was electronically filed through the Court's CM/ECF filing system, on this the **10th** day of **May, 2024**, which will give notice to counsel of record.

*s/Brian McGraw*

_____
Counsel for Defendants