**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**LOUISVILLE DIVISION**

| | | |
|---|---|---|
| MAKER'S MARK DISTILLERY, PBC, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 3:19-CV-14-GNS-LLK |
| | ) | |
| v. | ) | JUDGE GREG N. STIVERS |
| | ) | |
| SPALDING GROUP, INC. d/b/a ENGLISH | ) | MAGISTRATE JUDGE LANNY KING |
| EMPRISE AND TED'S CIGARS and | ) | |
| THEODORE JACKSON, JR., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT STIPULATION CONCERNING DIVISION OF TRIABLE ISSUES

Plaintiff Maker's Mark Distillery, PBC ("Plaintiff" or "Maker's Mark"), on the one hand, and Defendants Spalding Group, Inc. d/b/a English Emprise and Ted's Cigars and Theodore Jackson, Jr. (collectively, "Defendants"), on the other hand,[1] jointly stipulate as follows:

**I.    Plaintiff's Federal Claims for Trademark Infringement (Count I) and Unfair Competition by False Designation, Description, or Representation (Count II)**

Plaintiff has asserted federal claims under the Lanham Act for trademark infringement (Count I) and unfair competition by false designation, description, or representation (Count II). (*See* Dkt. 1, Pg. ID 28-34.)

The jury shall determine whether Defendants' actions constitute trademark infringement in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114 (Count I), or unfair competition by false designation, description, or representation in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a) (Count II), including (a) whether Plaintiff owns the marks at issue, (b) whether Defendants have used the marks at issue in commerce, and (c) whether Defendants have used the marks at issue in a way that is likely to cause confusion.

---

[1] Together, Plaintiff and Defendants shall be referred to in this Joint Stipulation as the "Parties."

While the jury may provide an advisory opinion pursuant to Federal Rule of Civil Procedure 39(c)(1), the Court, the Honorable Greg N. Stivers presiding, will determine the remaining legal and factual issues relating to Plaintiff's federal claims for trademark infringement (Count I) and unfair competition by false designation, description, or representation (Count II), including, but not limited to, the following:

1.      Whether Defendants' actions were undertaken deliberately, intentionally, or willfully.

2.      All remedies, if any, to which Plaintiff is entitled for its federal claims for trademark infringement (Count I) and unfair competition by false designation, description, or representation (Count II).

## II.    Plaintiff's Federal Claim for Trademark Dilution (Count III)

Plaintiff has asserted a federal claim under the Lanham Act for trademark dilution (Count III). (*See* Dkt. 1, Pg. ID 34-37.) While the jury may provide an advisory opinion pursuant to Federal Rule of Civil Procedure 39(c)(1), the Court, the Honorable Greg N. Stivers presiding, will determine all factual and legal issues concerning Plaintiff's federal claim for trademark dilution (Count III).

## III.   Plaintiff's Breach of Contract Claim (Count IV)

Plaintiff has asserted a breach of contract claim (Count IV). (Dkt. 1, Pg. ID 37-40.)

The jury shall determine the factual and legal issues related to whether Defendant Spalding Group, Inc. materially breached the License Agreement that Plaintiff and Defendant Spalding Group, Inc. entered into on or about April 21, 2010.

While the jury may provide an advisory opinion pursuant to Federal Rule of Civil Procedure 39(c)(1), the Court, the Honorable Greg N. Stivers presiding, will determine the remaining factual and legal issues concerning Plaintiff's breach of contract claim (Count IV),

including, but not limited to, the remedies, if any, to which Maker's Mark is entitled for its breach of contract claim.

## IV.    Plaintiff's Kentucky Common Law Claims for Trademark Infringement (Count V) and Unfair Competition (Count VI)

Plaintiff has asserted claims under Kentucky common law claim for trademark infringement (Count V) and unfair competition (Count VI). (Dkt. 1, Pg. ID 40-44.)

The jury shall determine the factual and legal issues related to whether Defendants' actions constitute trademark infringement or unfair competition in violation of Kentucky common law, including (a) whether Plaintiff owns the marks at issue, (b) whether Defendants have used the marks at issue in commerce, and (c) whether Defendants have used the marks at issue in a way that is likely to cause confusion.

While the jury may provide an advisory opinion pursuant to Federal Rule of Civil Procedure 39(c)(1), the Court, the Honorable Greg N. Stivers presiding, will determine the remaining legal and factual issues related to Plaintiff's Kentucky common law claims for trademark infringement and unfair competition, including, but not limited to, the following:

1.    Whether Defendants' actions were undertaken deliberately, intentionally, or willfully.

2.    All remedies, if any, to which Plaintiff is entitled for its claims under Kentucky common law for trademark infringement (Count V) and unfair competition (Count VI).

## V.    Defendant Spalding Group, Inc.'s Promissory Estoppel Counterclaim (Count III)

Defendant Spalding Group, Inc. has asserted a promissory estoppel counterclaim (Count III). (Dkt. 21, Pg. ID 504.)

While the jury may provide an advisory opinion pursuant to Federal Rule of Civil Procedure 39(c)(1), the Court, the Honorable Greg N. Stivers presiding, will determine all factual

and legal issues concerning Defendant Spalding Group, Inc.'s counterclaim under Kentucky common law for promissory estoppel (Count III).

## VI.  Defendants' Affirmative Defenses

While the jury may provide an advisory opinion pursuant to Federal Rule of Civil Procedure 39(c)(1), the Court, the Honorable Greg N. Stivers presiding, will determine all issues concerning Defendants' remaining affirmative defenses (Affirmative Defense Nos. 5, 6, 9, 14, 15, 16, 19, 20, 21, 24, 25, 26, and 27). (Dkt. 21, Pg. ID 464-466.)


Dated: June 7, 2024

/s/ Shannon T. Knight                              /s/ Brian P. McGraw

Peter M. Spingola (*pro hac vice*)                 Dennis D. Murrell
Robert A. Chapman (*pro hac vice*)                 Elisabeth S. Gray
Shannon T. Knight (*pro hac vice*)                 Brian P. McGraw
Suhani Mehrotra (*pro hac vice*)                   GRAY ICE HIGDON, PLLC
CHAPMAN SPINGOLA, LLP                              4600 Shelbyville Road, #8022
190 South LaSalle Street, Suite 3850               Louisville, Kentucky 40257
Chicago, Illinois 60603                            Phone: (502) 584-1135
pspingola@chapmanspingola.com                      dmurrell@grayice.com
rchapman@chapmanspingola.com                       egray@grayice.com
sknight@chapmanspingola.com                        bmcgraw@grayice.com
smehrotra@chapmanspingola.com

                                                   ***COUNSEL FOR DEFENDANT AND
-and-                                              COUNTERCLAIM PLAINTIFF
                                                   SPALDING GROUP, INC. D/B/A
Douglas C. Ballantine                              ENGLISH EMPRISE AND TED'S
Christopher E. Schaefer                            CIGARS AND THEODORE JACKSON,
Chadler M. Hardin                                  JR.***
STOLL KEENON OGDEN PLLC
500 West Jefferson Street, Suite 2000
Louisville, Kentucky 40202
douglas.ballantine@skofirm.com
christopher.schaefer@skofirm.com
chad.hardin@skofirm.com

***COUNSEL FOR PLAINTIFF MAKER'S MARK
DISTILLERY, PBC***

## **CERTIFICATE OF SERVICE**

I, Shannon T. Knight, an attorney for Plaintiff, hereby certify that on June 7, 2024, I caused the foregoing document to be served on counsel of record by filing the same with the Court's CM/ECF system.

/s/ Shannon T. Knight