# Exhibit 1b













































PLAINTIFF'S EXHIBIT

13



**PLAINTIFF'S EXHIBIT**

14

MM_013315



PLAINTIFF'S EXHIBIT

15

MM_013314



PLAINTIFF'S EXHIBIT

16



PLAINTIFF'S EXHIBIT

17



PLAINTIFF'S EXHIBIT

18



PLAINTIFF'S EXHIBIT

19

MM_013309



**PLAINTIFF'S EXHIBIT**

20



PLAINTIFF'S EXHIBIT

21



PLAINTIFF'S EXHIBIT

22



PLAINTIFF'S EXHIBIT

23

MM_013310

# The Kentucky Standard

BARDSTOWN, NELSON COUNTY, KENTUCKY, THURSDAY, SEPTEMBER 25, 1958

## New Bourbon Product from Loretto Plant Introduced by Taylor William Samuels

A "different" Kentucky Bourbon with a "different" name distilled locally is being introduced here today.

The new product is "Maker's Mark", an old-fashioned sour mash whiskey manufactured by fourth-generation Kentucky Distiller Taylor William Samuels, of Bardstown, at his picturesque Star Hill Distillery nestled in the hills of Loretto, Marion County.

### Available Now in Kentucky

The long-awaited plans for the launching of Bill Samuels' whiskey are now being announced. The limited quantity of the product distilled under his personal supervision according to his family's time-honored formula but adapted to modern manufacturing methods does not yet permit nation-wide distribution. Maker's Mark was made available earlier this month in California, Nevada, New Mexico, Colorado, Arkansas, Missouri and Louisiana. Today, September 25, starts distribution to outlets in Kentucky. Two weeks from now the product will be offered in Texas. It is a premium-priced package designed for the person with the most selective taste for a top-quality product, measured by the finest standards.

### Realizes Dream

Five years ago Mr. Samuels bought, after a long search, the old Burks Spring Distillery, near Loretto. He found the plant exactly suited for his purposes and, after making equipment and layout changes, commenced producing the quality of whiskey that



**T. WILLIAM SAMUELS**

had been his dream. Today this is the only operating distillery in Marion County. Bill Samuels had had a yen to return to the distilling business since he left it when a plant in Nelson County, bearing the family name was sold in 1943.

### Extra Special Care

"We're not in a hurry and we don't make a lot of it," Mr. Samuels said of his Loretto operation. "We have the time to do everything carefully and because of our limited daily capacity, we can mix and barrel four days' production at one time. This gives us an almost completely uniform product. Distillers with a large daily volume can't do this. They must barrel each day's production separately."

"We're mighty careful here, first of all, about the quality of ingredients we use — like our good Kentucky grain. And we're extra fussy about cleanliness in our water, equipment and containers," he continued.

Bill Samuels says he learned from his father, the late Leslie B. Samuels, the great importance of doing everything slowly and carefully. "He was taught by my grandfather who, in turn, learned whiskey-making from my great grandfather and namesake, Taylor William Samuels."

Another factor, he pointed out, is "the fine quality of our yeast." Sam K. Cecil, Bardstown, Old Star's plant manager, will stay up all night to see that the yeast gets started right.

### Spread in New Yorker

A two-page spread in THE NEW YORKER magazine's September 27 issue will fire the opening gun in the Maker's Mark national advertising campaign.

"We are after a select market," Mr. Samuels said, "because we have so little to go around and because we know that once this top group tries Maker's Mark they will pass the word to their associates and friends."

Miss Julia Frye of Lebanon is treasurer of the company, Ed Medley is warehouse and bottling superintendent; Walter Miles is chief engineer. Both Ed and Walter hail from Loretto.





AT LEFT in a colorful setting at Star Hill Distillery, near Loretto, Bill Samuels stands atop warehouse on hillside that overlooks the distillery below.

AT RIGHT is Star Hill Distillery's new product. The picture shows the distinctive new bottle for Maker's Mark. Both the label and the bottle itself bear the "S-IV" emblem, which refers to the Samuels' four generations of distilling experience. The closure, with its seal of red wax adds to the appeal of the Maker's Mark bottle.

Photos courtesy Kentucky Beverage Journal

MM007869

**PLAINTIFF'S EXHIBIT**

24



PLAINTIFF'S EXHIBIT

25

MM_007357



DALLAS TIMES HERALD—Friday, October 17, 1958

*key*
*to the cellar*

### The Story of a Connoisseur's Bourbon . . .
*Maker's Mark*          5th 6.95

The story of *Maker's Mark* is essentially the story of one man, Taylor William Samuels, a fourth generation Kentucky distiller. Bill Samuels wanted to create a very special kind of bourbon . . . a genuine old style sour mash bourbon that would offer a distinctive character all its own.

It takes a "feel" for making great whiskey, a knowledge of distilling that comes from being a distiller for years, with generations of family tradition behind you. This Bill Samuels had!

Next . . . he needed a very special kind of distillery. Small enough so that he could personally supervise every step in the production of his "dream" bourbon . . . amply supplied with the pure, clear water he needed. This he found in the Star Hill Distillery near Loretto, Kentucky.

There he developed his own secret grain formula and processing method . . . produced his bourbon . . . and set it to age. Now, on maturity, *Maker's Mark* has fulfilled Bill Samuels' dream.

We have a limited supply of *Maker's Mark* in stock at Centennial now and will be interested in your comments on this whiskey-for-the-discriminating. We can predict you'll enjoy its smooth, clean pleasant taste . . . its richly-mellow subtleties of flavor and aroma. Try *Maker's Mark* soon . . . it may be your "dream" bourbon, too!

W.E.

OPEN NIGHTS 'TIL 10!

## Centennial
*dallas' largest liquor stores*

MM007874

PLAINTIFF'S EXHIBIT
26

MM_007356

# INDIANA Beverage Life

DECEMBER, 1958

## Maker's Mark Bourbon

*New premium straight is product of Taylor William Samuels and Star Hill Distillery of Loretto, Kentucky.*

"Maker's Mark" — old time sour mash product — and pride — of Star Hill Distilling Company, Loretto, Ky., and Taylor William Samuels, fourth-generation Kentucky distiller, is a distinctively new, premium-priced Kentucky Straight Bourbon whiskey.

Star Hill is a small, colorful distillery a few miles from Loretto, Ky. The site was carefully chosen by Bill Samuels for it is ideally suited to the production of "Maker's Mark," a different bourbon with an unusual name.

Bill Samuels' knowledge of distilling and marketing is well-known and respected by the industry. He has a unique first-hand experience of the distilling business as a fourth-generation representative of the famous Samuels Kentucky Distilling family. Bill left the industry in 1943 when his family disposed of their interest in the firm which still bears their name.

Although not active in the industry, Bill Samuels found that he couldn't get the industry out of his thoughts. He kept up with what was going on, he watched the markets and the trends. And, from his study and thought there emerged the firm conviction that the Bourbon-buying public would take well to a premium-priced fine old style sour mash straight bourbon produced in quantities limited enough to guarantee maximum control of uniformity and quality.

Because he knew he could produce such a bourbon (and because "he couldn't stay out of the business,") Bill bought, five years ago, after a long search, the picturesque old Burks Spring Distillery, located in a scenic valley near Loretto. He found the plant exactly suited for his purposes and after making equipment and layout changes, he commenced making the kind of whiskey he had in mind.

Since that time, Maker's Mark has been produced in the picturesque, steam-powered distillery with the type of exacting care that a dedicated craftsman puts to any handiwork upon which he would be proud to attach his "maker's mark." Displayed on the unpretentious label for the uniquely designed bottle in which "Maker's Mark" is being introduced, there is an emblem which bears a star and the simple designation "S-IV," representing the Samuels family's four generations of distilling experience.

Connoisseurs invited to taste Maker's Mark have found it, as one said, "excellent and unlike any present-day product," and have questioned Bill about his production methods. He answers questions with unusual frankness, withholding few of his family's techniques which have been passed on and proved from one generation to the next. His answers are frank because he does not think of himself as in competition with other Kentucky distillers by virtue of his small-volume operation.

This is the distinctive new bottle for Maker's Mark. Both the label and the bottle itself bear the "S-IV" emblem, which refers to the Samuels' four generations of distilling experience. The closure, with its seal of red wax adds to the appeal of the Maker's Mark bottle.



MM007876

PLAINTIFF'S EXHIBIT
27

# If you were making a bourbon whisky that you believed with all your heart to be the finest in the country

### ... and there wasn't enough to go around ...

### how would you let people know about it?

Sometimes when dreams come true they bring their own problems with them.

Here is a man who was born into the whisky-making business, got out of it, but couldn't forget it. He had his dream: he wanted to make a bourbon in his own special way.

Now the first year of this bourbon's maturity is here, and the quantity is limited. In a country as big as ours, only a relative handful of prospective customers will have the opportunity to enjoy a bottle of it this year.

The problem is not in selling the whisky, but how and where. If this man is to build a lasting business he must find his customers a few at a time. Then, slowly, he must move into new markets as the capacity of his distillery keeps pace.

## More than a Century Ago

How would you like to be in his shoes? Not many distillers would, frankly, yet he is happy. He knows what it is to live with a dream for years, work hard at it, and then wait for it to come of age.

That's the whisky-making business and as they say her in the bourbon country, the business his blood. His story really starts more than a century ago.

His name is Taylor William Samuels. Bill is the fourth generation of his family to be occupied in the distilling of Kentucky bourbon. His great-grand-

father, who bore the same name, began making his whisky around 1840. He had a long career as a distiller and built up a loyal trade.

With the Kentucky bourbon business so rich in tradition and old, respected names, you might expect the present Bill Samuels could trace a direct line of activity in the same distillery all the way back to his great-grandfather. But things don't always work out that way.

When Prohibition ended in 1933 the family distillery found itself in need of "outside money" to help it get back into operation. In the refinancing, Bill became a major stockholder but without control of the company.

His job was Vice President in charge of production. Ten years later the controlling group sold the distillery to other interests. And Bill took off on his own.

## Search for the Distillery

In the years he traveled as representative for a manufacturer supplying the distilling company, Bill longed to get back into the business. Always he was searching for the perfect distillery in which to make the individual kind of bourbon he dreamed about.

In 1953 he figured he'd found it. A small distillery, a few miles outside the little town of Loretto. Almost lost in a fold of the rolling Kentucky hills, with a stream running through it and a

deep, cold spring-fed lake on a hill above it.

Before he made his final decision on buying it, Bill phoned an old friend in New Orleans, Pat Quinn, an associate in Bill's earlier days of whisky making. "I'm with you," said Pat. "There's a real need for the particular kind of fine whisky you've set your mind on."

Now Bill was ready to make bourbon.

## The Making of Good Whisky

As anybody in the business today knows, it takes a measure of courage to start distilling bourbon, a different kind of bourbon for a market spangled with many brands. More than that, it takes a "feel" for making good whisky, a knowledge of distilling that comes only from living with it for years, with generations of tradition behind you.

Why? Because you cannot wait, though the whisky must. You have to select your grains, determine your proportions, decide on every step of your process. Making bourbons is a personal thing. You have to be right when you begin.

From this point on, when the new whisky goes to rest and gain its golden glow in charred oak barrels, the die is cast. Your future, your reputation are at stake, to be vindicated only when the bourbon matures for bottling.

The first thing Bill had done in making his whisky was to develop his own

PLAINTIFF'S EXHIBIT

28

MM_007359





*In addition to the outlets
in the Southwest
and on the Pacific Coast,
the gentlemen-proprietors
of these bars
and dining places
have consented to make
this whisky available
to their clientele.*

special grain formula. The second secret was his processing. And what is different about Bill's bourbon began to reveal itself in the samples he drew as the years went by.

## A Whisky of Individual Character

Already at one year this bourbon had taken on a marvelous smoothness and the promise of delightful flavor and aroma. At two years, it matched the character of excellent four-year-old bourbons. At three, it was superb. Now at maturity, Bill believes it is the finest bourbon of any age, at any price.

Here was the fulfillment. A whisky born of tradition and distilled for those who like to linger over the flavor of a genuine old style sour mash bourbon. A whisky smooth, clean and pleasant in taste, with an individual character all its own.

More than a year before the whisky was ready for bottling, Bill had important decisions to consider. One was a name for his bourbon; another was how and where to market it.

## The Choice of Maker's Mark

There are fine words not now in use as whisky brand names, words so rich in connotations of tradition and heritage, however, they tend to be confused with names of good whiskies already on the market. This name should be distinctive, unusual, simple and direct. Because this whisky had become a part of Bill's personality, woven into the fabric of his life, he came to choose the name Maker's Mark, and set his mark upon the label.

Distributed nationally, there would be only one bottle for every 100 prospects. So initial markets had to be selected with restraint and common sense. The choices for this, the introductory year of Maker's Mark, are the Southwest and the Pacific Coast. There will also be a small stock distributed to a few of the better bars and dining places across the country, such as those listed in the column at the right.

There is the whisky, the plain facts about it, and its small beginnings in a big country.

Maker's Mark costs a little bit more, so you must look for it among the really good bourbons on the shelves and in the pouring spots.

If you make it a personal quest to seek it out, you'll not be disappointed. It might just become your favorite, as it has for the few who have already had the opportunity to enjoy it.

### Maker's Mark

KENTUCKY STRAIGHT
BOURBON
OLD STYLE
SOUR MASH WHISKY

*Ninety Proof
Distilled and Bottled by
the Star Hill Distilling
Company, Star Hill
Farm, Loretto, Kentucky*



*Chicago, Illinois*
Jacques, French Restaurant
Imperial House

*Philadelphia, Pennsylvania*
The Warwick

*St. Louis, Missouri*
Busch's Grove
Lennox
Mayfair
Mayfair West

*Washington, D. C.*
Occidental Hotel
Harvey's

*Cleveland, Ohio*
Gruber's
Monaco's

*Milwaukee, Wisconsin*
Fleur de Lis
Karl Ratzsch's
Old World Restaurant

*Cincinnati, Ohio*
Maisonette
The Ol' South

*Denver, Colorado*
Profile Room
Tiffin Inn

*Miami Beach, Florida*
Americana Hotel
The Embers

MM007878

MM_007360

When Bill Samuels left the mass liquor industry to create this old style sour mash whisky, he had two ideas in mind. One was of a high rounded flavor he had not tasted

## Softest Spoken of the Bourbons

**Maker's Mark**

for a long time—the other was the idea of a new gentleness no one ever had actually tasted in a bourbon. For out of four generations of family distilling lore and many years of modern whisky production experience Bill knew exactly what makes a bourbon hot-tasting. He knew how he could soften it to just the glow he wanted. To realize this whisky-maker's dream he found and revived the tiny old Kentucky distillery now called Star Hill. The whisky turned out so *right* to his taste that Bill puts his personal "maker's mark" on each bottle. And a hand-dipped red wax seal goes on as a final defiant gesture against the world of time-motion studies.

The surprising first taste of Maker's Mark reveals how full-flavored, yet truly soft spoken a bourbon can be. Try it. Maybe it will become your favorite.

Kentucky Straight London Old Style Sour Mash Whisky • Ninety Proof • Distilled and bottled by the Star Hill Distilling Company, Star Hill Farm, Loretto, Kentucky.

This advertisement will appear in:

| | |
|---|---|
| *U. S. News & World Report* | October 10, 1960 |
| | December 5, 1960 |
| *New Yorker* | October 8, 1960 |
| | November 5, 1960 |
| | December 10, 1960 |
| *Gourmet* | December 1960 |

Zimmer-McClaskey, Inc., Louisville, Ky.

Job No. C-1931

PLAINTIFF'S EXHIBIT
29

MM007881

MM_007363



# Softest Spoken of the Bourbons

Maker's Mark is Kentucky's softest spoken whisky. It glows with an old-style, hand-made flavor that's a country mile from regular factory-made whisky. It all started some years ago when Bill Samuels, a fourth generation distiller, left the mass liquor industry and restored a tiny steam-powered distillery on his farm near Loretto, Kentucky. Here he makes a whisky so uncommonly good that he proudly puts his personal mark (S IV) on every bottle. Look for the bottle with the red sealing wax on top. It looks expensive, and is. If you appreciate the uncommon, the gentle, genial taste of Maker's Mark was made for you.

\* Mark of the Maker

LOUISVILLE

MARCH 20, 1964

KENTUCKY STRAIGHT BOURBON WHISKY • OLD STYLE SOUR MASH • NINETY PROOF • DISTILLED, AGED AND BOTTLED BY STAR HILL DISTILLING COMPANY, STAR HILL FARM, LORETTO, KENTUCKY

MM007889

PLAINTIFF'S EXHIBIT

30



# Bill Samuels and Maker's Mark

T. William Samuels is really Mr. Maker's Mark, the superb Bourbon being produced by the Star Hill Distilling Company, Loretto, Marion County, Kentucky. His story is the story of modern whisky-making drawing nourishment from the old-time art.

THE STORY OF BILL SAMUELS and Star Hill Distilling Company properly has no beginning or end. Arbitrarily one must choose the moment in whisky-making history from which to move forward, or look back, and so in fact the story of Bill Samuels and Maker's Mark starts with Bourbon, just as all Bourbon-making history starts with that distinctive Kentucky-born product. Everything else is but a milestone placed at some convenient point between here and the beginning.

After all, reasons Bill Samuels, Bourbon is! No disrespect to other distillations, brews and vintages—all of which can have an honored place in the cabinets and storage cellars of the home. Still, Bourbon and Bourbonmaking are the distillers world, a world so replete with romance and luster that any man connected with a premium brand such as Maker's Mark can roam at ease within the life of that brand and never feel confined.

Such a man is Bill Samuels, the enterprising president of Star Hill Distilling Company, in Loretto, Marion County, Kentucky. The territory he roams can, if you will, reach back over 150 years, back to when Taylor William (Bill) Samuels, founded a whisky-making dynasty that has produced four generations so intent in the art of whiskymaking that the fruit of their art retains the character of the original that evolved into Maker's Mark, made in the early days by dedicated hands with the use of the small hand-fashioned wooden stills and mash tubs of a century and a half ago.

Shortly after Bill's great-grandfather entered the whisky-making business in that era of crude equipment and small output, Taylor William Samuels dreamed dreams and saw visions. Down the road he saw the necessity for expanding markets, for improving production, for breaking sales out of the immediate neighborhood. But most important, old Bill Samuels and his fellow distillers realized that they must bend every effort to produce brands that held constant, that could be recognized for their consistent character year in and year out. And they realized that the future of whisky-making depended on their products being identified as coming from the art of the Master Distiller— the Master Distiller, always!

The foundation for the Kentucky Bourbon industry of today was laid by the farsighted gentlemen of a yesteryear four generations ago, and the first Taylor William Samuels was certainly one of them. He was born in Nelson County, Kentucky in 1821 and began making whisky around 1840. Faded and yellowed newspapers circa 1896 (the year the great teetotaler William Jennings Bryant was making the first of three runs for president) pointed with pride to the enduring character of the whisky business and noted that Taylor William Samuels "has been in the whisky business longer than anyone who ever made whisky within the confines of old Nelson. It seems to me, that if I wanted to purchase goods of this kind and knew of Mr. Samuels' long experience in the business, I would not hesitate to give his spirits a test, for much is gained by dealing with men on long experience, especially in this line." The newsman went on to say, in what seems today a note of warning to the indolent and easy-going, "Mr. Samuels is a man who requires all employees to be prompt in their duties, and no one who is otherwise inclined will remain in his employ long." This man, it is clear, took his career in Bourbon making seriously, and wanted none but dedicated men to assist him.

The background for a continuous line of whisky-making activity would fit logically into the story of the Bill Sam-

PLAINTIFF'S EXHIBIT

31

uels now in charge of Star Hill. But, unfortunately, the facts do not fit the logic of life very often, because life and history and people have their illogical moments. Prohibition was such a flight into the unreal. When the great experiment ended in 1933, the Samuels distillery—after nearly a century a operation as a family enterprise, found itself in need of outside money in order to get the stills going again. In the refinancing maneuver, Bill became a major stockholder, but not the controlling voice of the company. Ten years later the majority of stockholders sold the distillery to other interests, and Bill took off on his own. There followed a number of years during which World War II had to be fought and won, a period during which Bill wore the uniform of a Navy officer. After the war, he represented a manufacturer supplying machinery to the distilling industry.

But whisky-making for forever first in his mind, just as the art of distillation was in his blood. Making the rounds on business trips, Bill kept looking for the perfect distillery in which to make the kind of Bourbon he and his family had always dreamed of. Bill knew it had to be his distillery. In 1953 he figured he'd found it—a small old-time distillery a few miles outside the little town of Loretto had ceased operation, its distilling activity moved to the whisky-making floors of mass production firms.

The distillery at Loretto had been converted from a water powered grist mill in 1878, and at the time Bill Samuels came upon the scene it remained a picture of beauty, nestled in a fold of the rolling Kentucky hills, and it came complete with its own stream and deep, cold spring-fed lake.

But going into whisky-making took some thinking over. Even with a distillery of this size, when Bill started making whisky he'd be sitting on top of more than a million dollars worth of Bourbon before the first barrel reached maturity and was bottled for marketing.

Before he made his final decision on buying the distillery, Bill phoned an old friend in New Orleans, Pat Quinn, an associate in Bill's earlier days of whisky-making. There was no mistaking Pat's confidence.

"I'm with you all the way," said Pat. "There's a real need in this country for the particular kind of fine whisky you've set your heart on making."

Bill bought the distillery, which he named Star Hill. Now he was ready to make his Bourbon.

Bill Samuels knew that he was clearly on the spot, and this meant deliver or else. He had to select grains, determine the proportions, decide on how much art and how much science should attend every step in the process. Making Bourbon is a personal thing, reasoned Samuels. Making a superb Bourbon like Maker's Mark required personal attention, not slide rules, and it required the artist's eye.

For Bill Samuels there was never any question as to what kind of whisky he would make. It was going to be a straight Bourbon, of course, made in the old style sour mash way, and he was going to make it the very best he knew how.

With a small distillery his chances of making the individual kind of Bourbon he had in mind couldn't be better. He could personally supervise every step of the operation. He could live with his whisky from the time the grain was ground for the first season's mash until the time the mature Bourbon glowed in its perfection inside the sealed, stamped bottles. He set to work.

In the making of sour mash Bourbon each new batch receives a legacy from the past. A portion of the "spent beer" from the previous mash is saved and "used back" when starting off the fermentation of each new mash. Thus,

link by link, day by day, and year by year, the whisky receives its heritage in an unbroken chain from the first mash that is made. Bill's Bourbon began to reveal itself as the years went by.

To withdraw samples from aging whiskies, distillers use a device called a "thief." Already at one year this whisky had taken on a remarkable smoothness and the promise of delightful flavor and aroma. At two years the thief told Bill of a character matching that of excellent four-year-old Bourbons. At three, it was superb. At maturity Bill believes it to be the finest Bourbon of any age at any price.

To Bill, Maker's Mark was fulfillment. A whisky born of tradition and distilled for those discriminating gentlemen who like to linger over the flavor of a genuine old style sour mash Bourbon. A whisky smooth clean and pleasant in taste, with an individual character all its own.

More than a year before the Bourbon was ready for bottling, Bill had important decisions to consider. One was a name for his Bourbon; another was its marketing.

There are splendid words not now in use as whisky brand names, words so rich in connotations of tradition and heritage, however, they tend to be confused with names of good whiskies already on the market. Bill didn't want to borrow from anybody, even for a name. This name, he believed, should be distinctive, unusual, simple and direct. Because this whisky had become a part of Bill's personality, woven into the fabric of his life, he came to choose the name Maker's Mark, and set his mark upon the label.

Excellent sales are also a just reward for the change-of-pace advertising and promotion being accomplished by the sales arm of Star Hill. One direct mail piece that goes out under the imprimatur of The Hardin Creek Hunkering and Hankering Society is a masterpiece. Across the country devotees of Maker's Mark wait patiently for the minutes that always begin. "The regular meeting of the Hardin Creek Hunkering and Hankering Society . . ." Written with matchless humor, these minutes sell Maker's Mark, and hand out sage observations: "only one out of 10 people know how to drive on ice," "there are two ways of playing poker, the right way and with women," "a race track has a very therapeutic effect on 90-90 vision, enabling Mole Dawkes to see a horse get bumped half a mile away," "not smoking improves the appetite, enables non-smokers to eat all sorts of things, newspapers, ink wells, desk mats, fingernails, fingers, etc. . . ." And the sales of Maker's Mark keep climbing.

Bill will tell you that his is a small distillery, with limited capacity and that there will never be enough Maker's Mark to go around. The distillery will never compete with the big mass-producers of the whisky industry. Bill never intended it to. Sales have climbed steadily however, and last year Maker's Mark enjoyed its greatest sales to date with a world wide market. In Kentucky, where they claim to know Bourbon best, Maker's Mark is a premium Bourbon that has gained wide acceptance. Needless to say, this is just reward for Bill's efforts.

Active in industry and civic affairs, Bill is currently a member of the Board of Directors of the Distilled Spirits Institute, past President and Chairman and now Treasurer of the Kentucky Distillers' Association as well as a Director of the Kentucky Distillers' Association as well as a Director of the Kentucky Chamber of Commerce and several other leading businesses. He also served for 26 years on the School Board in his hometown of Bardstown, Kentucky. Bill and his wife, the former Marjorie Mattingly, are the proud parents of three children, William, Nancy and Leslie, who keep their parents busy with their many college and high school friends.

MM003175

MM_002727

# THE WALL STREET JOURNAL.

© 1980 Dow Jones & Company, Inc. All Rights Reserved.

VOL. LX NO. 204   ★ ★   FRIDAY, AUGUST 1, 1980   (H)   25 CENTS

**Panicky Pols**
More Democrats Fear
An Anti-Carter Sweep,
But Who Else Is There?

President Slips, Yet Kennedy
And Jackson Have Flaws;
Muskie, Mondale Demur

Convention Could Be Bloody



## What's News—

**Business and Finance**

**World-Wide**

**World Bank Affiliate**
**Approves $67.2 Million**
**In Loans to 4 Nations**

**Maker's Mark Goes**
**Against the Grain**
**To Make Its Mark**

Bourbon Distiller Is a Model
Of Inefficiency by Choice:
No Case for Fidel Castro

**Onward & Upward**
Led by Food Prices,
Inflation Seems Likely
To Maintain Fast Pace

**Allis-Chalmers Forms**
**A Venture in Argentina**

PLAINTIFF'S EXHIBIT
32

MM003181

MM_002730

*Maker's Mark Goes*
*Against the Grain*
*To Make Its Mark*

### Bourbon Distiller Is a Model
### Of Inefficiency by Choice;
### No Case for Fidel Castro

By David P. Garino
*Staff Reporter of* The Wall Street Journal

LORETTO, Ky.—Maker's Mark Distillery has made its mark by going against the grain.

In producing its premium-priced Maker's Mark bourbon, it continues to use an intricate six-year aging process and a small bottling line that are models of inefficiency. It distills only 19 barrels of bourbon daily, compared with hundreds distilled by other producers. Its ad budget is a meager $1.2 million a year.

But most remarkably, its volume has more than quadrupled, to about 150,000 cases a year, in the past 10 years, while the overall bourbon industry's sales have slipped 26%, to 23.7 million cases.

With its growing reputation for high profitability despite its antiquated production system, Maker's Mark is understandably viewed with envy and lust by some other distillers and conglomerates. But when Maker's Mark is approached by a suitor, says T. William Samuels chairman, "I just won't talk to them." He represents the fourth generation of his family in the distillery business, and he wants the company to remain in the family.

**Suitors Not Suitable**

So potential suitors are left drooling on the sidelines. "If we had it in our stable," says one major distiller, "we'd promote the hell out of it" to fulfill its potential. But, the executive adds with a sigh, "Maybe they're happy doing what they're doing."

They are indeed. "We'll be satisfied with a steady 8% to 10% yearly growth," says the 70-year-old Mr. Samuels.

Competitors, meantime, will have to keep admiring Maker's Mark from afar. James "Buddy" Thompson, chairman of Glenmore Distilleries Co., observes, "Bill Samuels started from scratch and established a brand of superior quality with a fine image. It's a textbook case of superior marketing."

John Heilman, who heads Norton Simon Inc.'s liquor operations, observes, "I'll pay Maker's Mark the consummate compliment: If I'm in a bar and it doesn't have any of our brands, Maker's Mark is my first choice." And he would probably pay a premium because Maker's Mark retails in Kentucky for $8.75 for three-quarters of a liter, against $5.70 for the popular Jim Beam bourbon.

Maker's Mark aims to keep its small cadre of fans loyal. And that, says Mr. Samuels's 40-year-old son, William Jr., president of the distiller, means "zero compromise on the quality of our whisky."

**Unimposing Distillery**

Nestled amid the rolling hills at "Happy Hollow" in this town of 1,000 about 60 miles from Louisville, the tiny Maker's Mark distillery is unimposing. It doesn't disclose its volume, but the estimate of 150,000 cases a year by industry sources compares with about 2.7 million cases turned out by the premium-priced Jack Daniel's, distilled by Brown-Forman. Total employment of Maker's Mark is 50.

Maker's Mark simmers its grain mash in cypress tanks for four hours, against the standard industry practice of half an hour. The whisky, stored in oak barrels, is rotated through its six-year aging process, starting at the top of a six-floor warehouse, and moving from warmer temperatures there to the cooler bottom floors.

"This is terribly labor intensive," says Sam K. Cecil, vice president for production and a 43-year industry veteran, "but that's the best way to make bourbon."

The production line, similarly, handles only 40 bottles a minute, compared with hundreds for competitors, mainly because the caps are sealed with a distinguishing hand-dipped red wax. An inspector with a magnifying glass examines bottles for imperfections and impurities.

Maker's Mark doesn't have a field sales force. Marketing is done mainly by Mr. Samuels Jr., Gus Silliman, senior vice president, and James Conn, national sales manager. "The personal touch" has helped make the brand a success, says Ralph (Bud) Baldwin, Maker's Mark Chattanooga distributor. Not long ago he and Mr. Samuels Jr. in one day visited 20 of his 54 accounts. "It isn't every day that the president of a company walks through a retailer's front door," Mr. Baldwin observes.

When the bourbon was first marketed in 1958, the elder Mr. Samuels tried to establish a classy image, and his first ad was a two-page spread in New Yorker magazine. Today, its advertising budget is targeted at newspapers, regional editions of magazines such as Time, Playboy and Penthouse, and

*Please Turn to Page 14, Column 3*

Reproduced with permission of the copyright owner. Further reproduction prohibited without permission.

PLAINTIFF'S EXHIBIT

33

# Maker's Mark Goes Against the Grain To Make Its Mark

### Continued From First Page

specialty publications including Southern Living and Louisville Lawyer.

Its ad tag line is: "It tastes expensive . . . and is." Typical of its copy: "For those who ask how good a whisky is. Rather than how much."

The elder Mr. Samuels got into the distilling business naturally enough. A forebear brewed up whisky for Washington's militia during the Revolutionary War, and the family has seldom been far from that business ever since. Kentucky's leading distillers, the Beams, the Samuelses and John Shaunty, who owned Early Times, lived on the same street, known as "Whisky Row" in Bardstown, about 15 miles from here. Mr. Samuels Jr. recalls sitting on the knee of the legendary Jim Beam, listening to tales about the industry.

The father of Mr. Samuels Sr. built the T.W. Samuels brand into a leading whisky early this century, but after Prohibition, majority control was sold. Mr. Samuels Sr. left the industry in 1943 and sold bottling machinery for 10 years.

After the Korean War, many distillers were in trouble because they had built up big inventories in anticipation of government restrictions that never materialized. Mr. Samuels Sr. bought out a bankrupt distillery here, picking up 202 acres for only $80,000.

Finding the family's traditional banker unwilling to back his venture, Mr. Samuels went to First National Bank of Louisville. Hubbard Buckner, retired senior vice president of the bank, recalls, "Since Prohibition, I had never known any bourbon maker who put out a legitimate product to last. I knew Bill Samuels would have a superior bourbon."

Mr. Samuels says with a broad smile, "I'm probably the only distiller who threw the family's formula into the trash can. T.W. Samuels was a good whisky but it wasn't unique. (It has long since disappeared from the marketplace.)

His new formula substituted more-expensive wheat for rye to give a smoother taste. Mr. Samuels draws a comparison between wheat and rye bread, with the latter having more bite. Among others, David Kay, president of Pet Inc.'s liquor retail chain, thinks the taste is different. "Maker's Mark is so mellow, an excellent sipping whisky," he says.

The naming of the brand was "as un-Madison Avenue as could be," Mr. Samuels recalls. While discussing possible names at Mr. Samuel's Bardstown home, an advertising executive noticed the craftsman's sign, or touchmark, on the bottom of a pewter mug. Hence, the name "Maker's Mark." The bottle features a circle encompassing an "S" for Samuels, a "IV" for fourth-generation distiller and a star for Star Hill Farm, the distillery property.

Distilling from scratch had a distinct disadvantage Mr. Cecil notes. "We couldn't sell drop one for six years," and before the first sale was made in 1958, "we were sitting on more than $1 million of inventory."

It took 10 years to erase the initial deficits, but cumulative profit the past three years has exceeded all of the first 24 years, says Mr. Samuels Jr.

Politicians hereabouts show an affinity for Maker's Mark, says Kenneth E. Gregg, Louisville distributor for the bourbon. "It wouldn't be graceful to name them," he observes. But Tim Lee Carter, a Congressman from Kentucky, isn't bashful about his preference. Not long ago Dr. Carter on the House floor praised Maker's Mark as "that incomparable bourbon of bourbons." He had just won from Indiana Congressman John Myers a bottle of Maker's Mark when the University of Kentucky beat Indiana University in a basketball game.

Cuban Premier Fidel Castro also appears to be a fan. When Frankfort, Ky., Mayor John Sower and his wife, Phyllis, went to Havana on a national league of cities tour in 1978, Mr. Castro greeted the group at a governmental palace. When he learned that the Sowers were from Kentucky, he asked them to send him a bottle of Maker's Mark. Says Mrs. Sower, "We didn't—we think he's an S.O.B."

Reproduced with permission of the copyright owner.  Further reproduction prohibited without permission.

MM_012015

# The Wonderful World

## of Kentucky Whisky

*and the story of* **Maker's Mark**

MM003163

PLAINTIFF'S EXHIBIT

34

MM_002715

Everything must have a beginning, and whisky is no exception. A scholar will start you off with *usquebaugh*, or if he is very scholarly will take you back to the Celtic *uisque-beatha* and its meaning, the water of life. But a Kentucky whisky maker, in typical American fashion, comes directly to the point. For him all history starts with bourbon; the rest are but milestones that lead us toward this real beginning.

He means no disrespect toward other distillations, brews and vintages. If you crowd him hard, he may admit they have their place in the cabinets and storage cellars of a gentleman's home. Still, the bourbon and its making are his world, and it has sufficient breadth, romance and luster that he may roam at ease within it and never feel confined.

### The Dimensions of Bourbon

Such dimensions are characteristic of the whisky itself. Bourbon has many faces, many moods, a rich variety of voices springing from the water and the grain, the spirit and skills of each distiller.

MM003164

Your bourbon devotees are usually faithful to one or another of the many different brands. The best of them may be able to prove their claims to familiarity in actual identification tests if you do not resort to trickery to confuse them. Yet often they remain adventurers, questing for a closer, truer revelation of their inmost desires. They range the world of bourbon seeking the perfect distillation that expresses what none can ever hope to put in words.

There is a surprising contradiction here. When men who love good bourbon come together—and that today is not only throughout this country but all over the world where fellowship and appreciation of good liquor prevail—the conversation frequently turns to the whisky itself. What emerges is an astonishing lack of knowledge about what goes into bourbon, its making, its past and present.

### The Story of a Man — and Bourbon

Where did bourbon begin and when? What is a spirit blend, a bourbon blend and a blend of straight bourbons? What is a sour mash bourbon? How do you figure proof, what is a bond and is either one a guarantee of goodness?

This is essentially the story of one man, Taylor William (Bill) Samuels, his family history, his small distillery and his individual whisky which you will, of course, be invited to try for the first time. The scope of the narrative, however, must be considerably broader if we are to discuss some facts about bourbon in a way that will make you want to keep this little book in your personal library of liquor lore.

MM003165



To start properly, it is necessary to travel to the borders of Bill's Kentucky and look eastward, backward across a century and a half of history. Here we can pick up the first faint trail of this American institution called bourbon.

### Westward to Whisky

It seems fitting that a truly native drink with the character of bourbon should have been created by strong-willed men of independent mind. In the late 1700's they came streaming westward on the waters from Pennsylvania; they journeyed overland from Virginia and North Carolina.

To many of these men their small hand-fashioned wooden stills and mash tubs were as much a part of their lives as the long rifle, powder horn and bullet pouch. Whisky was not only a social pleasure and a medicine they took for almost every ill. In this rough new frontier land it was also to be their currency for trading with distant centers of civilization and manufacture.

### The Birth of Bourbon

Fertile land brought them lush crops. The Indian maize, which Colonial forefathers had cultivated and named corn, rewarded these border country farmers with enormous yields and left them with a problem. It was transportation. To take a barrel of milled grain, for example, to Eastern markets would cost more than its selling price on arrival.

The logistics were easily worked out. A horse that could carry only four bushels of grain could pack six times that many bushels in the form of whisky. The same profitable ratio held true for oxcarts, boats and barges. So the step these men took to solve their problem was much as it had been in Pennsylvania, Virginia, Carolina.

With one magnificent, forever-celebrated difference.

This time, at this place, when they turned their grain into whisky, they discovered bourbon.

It may seem strange that a distillation so rich in native American tradition as bourbon should have the details of its origin beclouded by time. We know it takes its name from Bourbon County, Kentucky, where it was first made (though none is made there today). The Rev. Elijah Craig is often credited with its creation, while other historians include three others: Jacob Spears, John Hamilton, Daniel Stewart. Even the year when bourbon came into being is variously given, ranging from 1783 to 1789.

### The Happy Accident

These details do not really matter. In many ways the birth of bourbon was a happy accident, one which men never tire of celebrating.

First there was the grain itself. The distillers newly come to Kentucky were accustomed to using rye as the dominant grain in their whiskies. Back in Virginia, George Washington had a distillery on his estate, and is said to have turned out a fairly statesmanlike rye whisky for his time. But corn was the grain most plentiful in Kentucky. So they started with corn, adding to it rye or wheat and sprouted grain.

And there was the water. A Kentucky distiller will, at the drop of his colonel's hat grow lyrical in describing the water used in making whisky. It is sparkling, limpid, pellucid; gushing, tumbling from the limestone outcroppings and bubbling up from deep underground springs to meet and marry with the mash.

It has all of this romance about it, but its greatest virtue may well be what it lacks. This pure and perfect water is free of iron salts—and iron salts play hob with whisky making.

### Color from the Glow of Flame

Besides the fortune-favored conjunction of Kentucky grains and limestone water there were the barrels. Here, again nobody knows how the first Kentucky distillers began using charred oak barrels. Some say the practice goes back to the time when old molasses barrels were used. Others say one of the first distillers, a frugal man, decided to go ahead and use barrels which had accidentally been charred on the inside.

Either way, bourbon men today are better off for it. During its long slow aging, bourbon gains its handsome russet color and much of its character through interaction of the raw white new whisky with the new white oak barrels so deeply charred inside.

MM003166



What mysterious magic goes on inside a barrel of bourbon nobody has ever been able to say with complete authority. The changes which began during distillation continue in some degree during the maturing of the whisky, but the principal actors in this quiet drama are the bourbon and the barrel. The aging bourbon strikes deep through the char, makes contact with the thin "red layer" of wood behind the char, and carries this ruddy mark of fire into the barrel of liquor. At the same time the bourbon is acquiring a definite part of its character from the properties of the wood.

### Where the Wild Yeasts Go

For thirty or forty years after the making of bourbon began, the distilling of whisky in Kentucky was an extremely small-time operation. When a 'stiller put as much as three bushels of grain into mash he ran the risk of overstocking his neighborhood.

Also, though most of us tend to look nostalgically back to those good old days, the fact is the very earliest bourbons were products of great faith in nature and little knowledge of scientific methods. The grain grist with malted grain added was heated into a mash, then set outside in wooden tubs in the open air, usually under fruit trees or grape vines, to ferment.

In this way, the wild yeasts that drifted through the air were captured by the mash and did their unpredictable work in building the character of the whisky.

About the time Bill Samuels' great-grandfather entered the whisky making business, distillers were upping their output and setting their sights on markets beyond the immediate neighborhoods. More important, they had begun to realize they must put scientific methods to work for them in order to produce brands that held consistent, recognizable character from year to year.

The foundations of the famous Kentucky whisky industry of today were laid by these far-sighted men, and the first Taylor William Samuels was one of them.

He was born in Nelson County in 1821. His father was William Samuels, the son of Robert Samuels, one of Kentucky's early pioneer settlers. Original land grants on some of the old Samuels' property were made when Kentucky was still an extension of Virginia and not yet a state in its own right.

### Five Generations of Bourbon Makers

If William did any distilling at all, however, it must have been on a small "neighborly" scale only. Records list him as an extensive farmer, a high sheriff and magistrate, but make no mention of the occupation that was traditionally to occupy his son, his grandson, his great-grandson — and today his great-great-great-grandson — five straight generations so far.

The first Taylor William, Bill's great-grandfather, began making his whisky around 1840. He had a long career as a

MM000317





distiller and built up a solid, loyal trade. Of the old gentle-man, a newspaper writer said in the quaint style of the last century, "he has been in the whisky business longer than anyone who ever made whisky within the confines of old Nelson. It seems to me, that if I wanted to purchase goods of this kind and knew of Mr. Samuels' long experience in the business, I would not hesitate to give his spirits a test, for much is gained by dealing with men of long experience, especially in this line."

He went on to say, in what seems today a note of warning to the indolent and easy-going, "Mr. Samuels is a man who requires all employees to be prompt in their duties, and no one who is otherwise inclined will remain in his employ long." This man, it is clear, took his career in whisky making seriously, and wanted none but dedicated men to assist him.

### Bill "Leaves the Business"

With the Kentucky whisky business so replete with old respected names, you might expect that the present Taylor William Samuels could trace a direct line of continuous activity in the same distillery, all the way back to his great-grandfather. But things don't always work out that way.

When Prohibition ended in 1933 the Samuels distillery after nearly a hundred years of operation as a family enter-prise found itself in need of "outside money" to help it get back into operation. In the refinancing Bill became a major stockholder but without control of the company.

His job was Vice President in charge of production. Ten years later, the controlling group sold the distillery to other interests. And Bill took off on his own.

He was through with the business of making whisky, or so he told himself, even if he was a fourth generation Ken-tucky distiller. But if this was true, why did he stay so close to the whisky business? Why, when he called on distillers as representative for a manufacturer supplying the produc-tion end of the industry, were his eyes always roaming, taking in the entire plant with a speculative eye? Why did he never stop thinking about whisky making, talking about whisky making?

### Search for the Distillery

The plain truth as they say here in the bourbon country, is that the business was in his blood. In the years he traveled, with his heritage and knowledge of whisky making always in his mind, Bill longed to get back into the business. Always he was looking, searching for the perfect distillery in which to make the kind of whisky he dreamed of. His distillery.

In 1953 he figured he'd found it. A small old time country distillery a few miles outside the little town of Loretto. Almost lost in a fold of the rolling Kentucky hills, with a stream running through it and a deep cold spring-fed lake on a hill above it.

But this took some thinking over. Even with a distillery of this size, when Bill started making whisky he'd be sitting

MM003168



on top of more than a million dollars' worth of bourbon before the first of it came to maturity. This was a big step, a bold venture to make. A man had to be sure of himself, sure of the whisky he wanted to make, and sure of the customers for that whisky when it finally reached maturity for marketing.

### The Maker's Mark Distillery Begins

Before he made his final decision on buying the distillery, Bill phoned an old friend in New Orleans, Pat Quinn, an associate in Bill's earlier days of whisky making. There was no mistaking Pat's confidence.

"I'm with you all the way," said Pat. "There's a real need in this country for the particular kind of fine whisky you've set your heart on making."

Bill bought the distillery. Now he was ready to make his bourbon.

### A Look at Some Whiskies

In order to get a clear idea of what Bill was setting out to do, this may be as convenient a place as any to have a look at just what whisky is and how various types of whiskies are made.

You can consider whiskies geographically as Scotch, Irish and American, but that doesn't tell you much about them. The chief differences come from what goes into them and how they are made. Or more important from your viewpoint, how they taste to you.

The federal government standards of identity recognize more than 30 different types of whiskies. Not to complicate matters too much, though, we'll consider whiskies in their simplest and most popular forms as blends and straights. (Scotch, Irish and Canadian whiskies are blends; bonded bourbon is straight bourbon—with qualifications we'll get to a little farther along.)

Blended whisky (spirit blend) is a mixture of one or more straight whiskies with neutral grain spirits. Sometimes a very small amount of sherry (limited by law) is added as a blending agent. These are labeled as "blended whiskies."

Whiskies which are labeled "blended rye whisky" or "blended bourbon whisky" must contain at least 51% whisky of the type mentioned in order to use this "grain tag", the remainder being neutral spirits.

Just to make things a little more confusing, there are "blends of straights." That is, a blend of several straight rye whiskies, or several straight bourbon whiskies can be labeled as such. These blends of straights contain no neutral spirits, but the straight whiskies that go into them don't have to be the same age, nor do they have to come from the same distillery.

### Straight Whisky, Proof and Bond

Straight whisky is "itself alone." It starts out as a fermented mash of grains and yeast and malt, nothing more. The mash is made up of not less than 51% rye grain for rye

MM003169



whisky, or 51% corn grain for bourbon, is distilled at not more than 160 proof, and is stored in charred new oak containers for not less than two years.

No flavoring agents, coloring or neutral spirits may be added to a straight whisky. It may be called an individual in its own right for, from the time it enters the barrel for aging to the time it is bottled, it shapes its own destiny aided only by nature and time.

Proof, by the way, is simply a way of indicating how much alcohol there is in the bottle—when you divide the proof number by two. A 90 proof whisky, for example, is 45% alcohol by volume. Except for letting you know that a whisky at 100 proof is "stronger" than an 86, this proof designation on the label doesn't tell you much. Some whiskies are best at one proof, others at another, just as some whiskies reach maturity at a different age than others.

The same is true of bond. Bonded bourbon is 100 proof straight bourbon at least four years old, the product of a single season and year, stored and bottled under specified government conditions. Like proof and age, the bond is not a guarantee of perfection; it depends on the individual whisky and your personal taste.

### The Making of Bill's Whisky

As anybody in the business today knows, it takes a measure of courage to start distilling another, a different kind of whisky for a market spangled with many, many brands. More than that, it takes a "feel" for making great whisky, a knowledge of distilling that comes only from being a distiller for years, with generations of family tradition behind you.

Why? Because you cannot wait, though the whisky must. You have to select your grains, determine your proportions, decide on every step of your process. Making whisky is a personal thing. You have to be right the first time.

From this point on, when the new whisky goes to rest and gain its golden glow in charred oak barrels, the die is cast. Your future, your reputation are at stake, to be vindicated only when the whisky you have made matures for bottling.

For Bill Samuels there was never any question as to the kind of whisky he was going to make. It was going to be a straight bourbon made the old style sour mash way, and he was going to make it the very best he knew how.

### Living With the Whisky

With a small distillery his chances of making the individual kind of whisky he had in mind couldn't be better. He could personally supervise every step of the operation. He could live with his whisky from the time the grain was ground for the first season's mash until the time the mature bourbon glowed in its perfection inside the sealed, stamped bottles. He set to work.

In the making of sour mash bourbon each new batch receives a legacy from the past. A portion of the "spent beer" from the previous mash is saved and "used back" when starting off the fermentation of each new mash. Thus link by

MM003170



# Maker's Mark

link, day by day and year by year, the whisky receives its heritage in an unbroken chain from the first mash that is made.

It takes longer to make whisky that old style sour mash way, and the amount of whisky obtained from each bushel of grain is lower. This makes it a more costly method, but it's what you get out of it, Bill feels, that counts most.

Sour mash whisky is not "sour"—far from it, as anybody who delights in its subtleties of flavor and aroma will hasten to affirm. The process creates a richly mellow whisky in which the heart of the fermented grain and yeast continues to perpetuate its inheritance of character from the past.

### What the Thief Told Bill

Now the first thing Bill had done in making his whisky was to develop his own grain formula. The second secret was in his processing. And what is different about Bill's whisky began to reveal itself as the years went by.

To withdraw samples from aging whiskies, distillers use a device called a "thief." Already at one year this whisky had taken on a remarkable smoothness and the promise of delightful flavor and aroma. At two years the thief told Bill of a character matching that of excellent four-year-old bourbons. At three it was outstanding; at four, superb. At maturity Bill believed it to be the finest bourbon of any age at any price.

Here was the fulfillment. A whisky born of tradition and distilled for those discriminating gentlemen who like to linger over the flavor of a genuine old style sour mash bourbon. A whisky smooth, clean and pleasant in taste, with an individual character all its own.

More than a year before the bourbon was ready for bottling, Bill had important decisions to consider. One was a name for his whisky; another was its marketing.

### Name for the Whisky—Maker's Mark

There are splendid words not now in use as whisky brand names, words so rich in connotations of tradition and heritage, however, they tend to be confused with names of good whiskies already on the market. Bill didn't want to borrow from anybody, even for a name. This name, he believed, should be distinctive, unusual, simple and direct. Because this whisky had become a part of Bill's personality, woven into the fabric of his life, he came to choose the name Maker's Mark, and set his mark upon the label.

The First Barrel of Maker's Mark was fully matured in 1958. Because Maker's Mark is a small distillery, with a limited capacity, there was not enough of this whisky, by a long way, to go around on a national basis. Nor was there the next year, or the year after, or the year after that. As a family enterprise, this distillery will never compete with the big mass-producers of the whisky industry.

It was never Bill's desire to do so. All he hoped for was

MM003171



to find the quiet pride of self-achievement in making a whisky of individual character for those few who understand whisky well enough to enjoy a truly great distillation. He believes he has been successful, as do the critically discerning bourbon fanciers who have already had the opportunity to savor his whisky, slowly and fully, on the rocks, with a little water and in mixed drinks.

## Final Criterion—Your Personal Judgment

There is the whisky, the plain facts about it and its small beginnings in a big country. It would be possible to go on at some length telling you why you should like it, but all the talking in the world cannot hold a candle to your personal judgment. There is no other way to know it than to try it. It is being distributed to selected outlets in limited quantities. Frankly it does cost a little more, so you must look for it among the really good whiskies on the shelves and in the bars.

Even if you have some difficulty in getting Maker's Mark at first, make it your personal quest to seek it out, with your pleasure and that of your friends in mind. You'll not be disappointed in enjoyment, that's sure. And it may strike you just right enough for you to make it your favorite.

☆



Any time you're in our neighborhood, stop in and visit us at the distillery. We're located a few miles out of Loretto on Star Hill Farm, and almost anybody you meet can show you the way.

*Maker's Mark Kentucky Straight Bourbon Old Style Sour Mash Whisky Ninety Proof · Distilled and Bottled by Maker's Mark Distillery on Star Hill Farm, Loretto, Kentucky*

MM003172

MM_002724



MM003173

MM_002725



MM007477

PLAINTIFF'S EXHIBIT

36

MM_006959



MM0074478



MM007479



MM007480



MM_006963



MM007482

Foul tip.

Maker's
Mark
WHISKY

MM007483

MM007484



MM007485

MM_006967



MM007486



MM007487



MM007488

MM_006970



MM007489



MM4007490

MM_007491

MM_006973



MM_006974



MM007499

PLAINTIFF'S EXHIBIT

37

MM_006981



MM007500



MM_006983



MM007502

MM_006984



MM0007503

MM_006985



MM0077504

Bottoms Up.

Maker's Mark whisky

MM007505



MM007506



MM_006989



MM_006990



MM007509



MM007510

MM_006992



MM007511

MM_006993



MM1007512



MM007513



MM_006996



MM007515



MM007516



MM_006999



MM_007518

# If you were making a bourbon whisky that you believed with all your heart to be the finest in the country

## ...and there wasn't enough to go around... how would you let people know about it?

Sometimes when dreams come true they bring their own problems with them.

Here is a man who was born into the whisky-making business, got out of it, but couldn't forget it. He had his dream: he wanted to make a bourbon in his own special way.

Now the first year of this bourbon's maturity is here, and the quantity is limited. In a country as big as ours, only a relative handful of prospective customers will have the opportunity to enjoy a bottle of it this year.

The problem is not in selling the whisky, but how and where. If this man is to build a lasting business he must find his customers a few at a time. Then, slowly, he must move into new markets as the capacity of his distillery keeps pace.

### More than a Century Ago

How would you like to be in his shoes? Not many distillers would, frankly, yet he is happy. He knows what it is to live with a dream for years, work hard at it, and then wait for it to come of age.

That's the whisky-making business and as they say here in the bourbon country, the business is in his blood. His story really starts more than a century ago.

His name is Taylor William Samuels. Bill is the fourth generation of his family to be occupied in the distilling of Ken-

tucky bourbon. His great-grandfather, who bore the same name, began making his whisky around 1840. He had a long career as a distiller and built up a loyal trade.

With the Kentucky bourbon business so rich in tradition and old, respected names, you might expect the present Bill Samuels could trace a direct line of activity in the same distillery all the way back to his great-grandfather. But things don't always work out that way.

When Prohibition ended in 1933 the family distillery found itself in need of "outside money" to help it get back into operation. In the refinancing, Bill became a major stockholder but without control of the company.

His job was Vice President in charge of production. Ten years later the controlling group sold the distillery to other interests. And Bill took off on his own.

### Search for the Distillery

In the years he traveled as representative for a manufacturer supplying the distilling industry, Bill longed to get back into the business. Always he was searching for the perfect distillery in which to make the individual kind of bourbon he dreamed about.

In 1953 he figured he'd found it. A small distillery, a few miles outside the little town of Loretto. Almost lost in a fold of the rolling Kentucky hills, with

a stream running through it and a deep, cold spring-fed lake on a hill above it.

Before he made his final decision on buying it, Bill phoned an old friend in New Orleans, Pat Quinn, an associate in Bill's earlier days of whisky making. "I'm with you," said Pat. "There's a real need for the particular kind of fine whisky you've set your mind on."

Now Bill was ready to make his bourbon.

### The Making of Good Whisky

As anybody in the business today knows, it takes a measure of courage to start distilling another, a different kind of bourbon for a market spangled with many brands. More than that, it takes a "feel" for making good whisky, a knowledge of distilling that comes only from living with it for years, with generations of tradition behind you.

Why? Because you cannot wait, though the whisky must. You have to select your grains, determine your proportions, decide on every step of your process. Making bourbon is a personal thing. You have to be right when you begin.

From this point on, when the new whisky goes to rest and gain its golden glow in charred oak barrels, the die is cast. Your future, your reputation are at stake, to be vindicated only when the bourbon matures for bottling.

The first thing Bill had done in making his whisky was to develop his own

*(Advertisement)*

MM003161

PLAINTIFF'S EXHIBIT

38

85





S IV

In addition to the outlets
in the Southwest
and on the Pacific Coast,
the gentlemen-proprietors
of these bars
and dining places
have consented to make
this whisky available
to their clientele.

special grain formula. The second secret was his processing. And what is different about Bill's bourbon began to reveal itself in the samples he drew as the years went by.

### A Whisky of Individual Character

Already at one year this bourbon had taken on a marvelous smoothness and the promise of delightful flavor and aroma. At two years, it matched the character of excellent four-year-old bourbons. At three, it was superb. Now at maturity, Bill believes it is the finest bourbon of any age, at any price.

Here was the fulfillment. A whisky born of tradition and distilled for those who like to linger over the flavor of a genuine old style sour mash bourbon. A whisky smooth, clean and pleasant in taste, with an individual character all its own.

More than a year before the whisky was ready for bottling, Bill had important decisions to consider. One was a name for his bourbon; another was how and where to market it.

### The Choice of Maker's Mark

There are fine words not now in use as whisky brand names, words so rich in connotations of tradition and heritage, however, they tend to be confused with names of good whiskies already on the market. This name should be distinctive, unusual, simple and direct. Because this whisky had become a part of Bill's personality, woven into the fabric of his life, he came to choose the name Maker's Mark, and set his mark upon the label.

Distributed nationally, there would be only one bottle for every 100 prospects. So initial markets had to be selected with restraint and common sense. The choices for this, the introductory year of Maker's Mark, are the Southwest and the Pacific Coast. There will also be a small stock distributed to a few of the better bars and dining places across the country, such as those listed in the column at the right.

There is the whisky, the plain facts about it, and its small beginnings in a big country.

Maker's Mark costs a little bit more, so you must look for it among the really good bourbons on the shelves and in the pouring spots.

If you make it a personal quest to seek it out, you'll not be disappointed. It might just become your favorite, as it has for the few who have already had the opportunity to enjoy it.



**Maker's Mark**
KENTUCKY STRAIGHT
BOURBON
OLD STYLE
SOUR MASH WHISKY
*Ninety Proof*
*Distilled and Bottled by
the Star Hill Distilling
Company, Star Hill
Farm, Loretto, Kentucky*

*Chicago, Illinois*
Jacques French Restaurant
Imperial House

*Philadelphia, Pennsylvania*
The Warwick

*St. Louis, Missouri*
Busch's Grove

Lennox
Mayfair
Mayfair West

*Washington, D. C.*
Occidental Hotel
Harvey's

*Cleveland, Ohio*
Gruber's
Monaco's

*Milwaukee, Wisconsin*
Fleur de Lis
Karl Ratzsch's
Old World Restaurant

*Cincinnati, Ohio*
Maisonette
The Ol' South

*Denver, Colorado*
Profile Room
Tiffin Inn

*Miami Beach, Florida*
Americana Hotel
The Embers

**MM003162**



MM007532

PLAINTIFF'S EXHIBIT
41

MM_007014



### "Bartender! Another shot of redeye for my friend."

You may have heard people say they dislike bourbon. I think I've figured out why.

When this nation was wild and woolly, men coming off the trail were not in the mood for a mild-mannered whisky.

Back then, if it didn't "blow your ears off," it just wasn't considered fit to drink.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

Well, my father wasn't interested in making bourbon the way it was supposed to taste. He wanted to create a good-natured, mild-mannered whisky.

Maybe that's why, even today, a lot of folks tell us they don't like bourbon, but they sure do enjoy the taste of Maker's Mark.

*Maker's Mark*

MM007534

PLAINTIFF'S EXHIBIT

42



"He asked us to send a bottle of Maker's Mark. We didn't — we think he's an *!&$%#@."

*P.S, Frankfort, KY*

Since we can make only 38 barrels a day, we're happy to know some of our friends are selective when it comes to sharing Maker's Mark.

Here's a true story of the then-mayor of Frankfort and his wife, John and Phyllis Sower. They were invited to Havana, Cuba, for a national league of cities tour, where they had the opportunity to meet Fidel Castro.

When Mr. Castro learned that they were from Kentucky, he asked if they would send him a bottle of our bourbon.

Well, he never received his bottle. But it was nice to know that Maker's Mark had earned such international acclaim.

It's funny how — no matter who you are — some things can be difficult to obtain.

While some of us enjoy our Maker's Mark, Fidel lights up another Cuban cigar.

Bill Samuels, Jr.
Bill Samuels, Jr.
President
Maker's Mark Distillery

Maker's
Mark

MM007535

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured



### You must be joking.
### Kentucky Champagne?

He was a food and wine critic, a travel magazine editor, basically one of the nation's leading arbiters of good taste. And I had the honor of showing him around Kentucky for a few days.

One of our excursions was to our little distillery near Loretto, where I explained some of the virtues of our whisky that so many Kentuckians seem to prefer. Like a true critic, he politely congratulated us on our efforts in making a quality bourbon, and on the modest success we seem to be having.

Later, we arrived at Stanley Demos' Coach House restaurant in Lexington for dinner. Before anyone working there recognized me, the waiter came to our table and asked if he could bring us something to drink. That's when my companion did something unusual. He asked the waiter to bring us some "Kentucky Champagne."

I thought, "You must be joking. Kentucky Champagne?"

Then we watched as the waiter went to the bar and asked for Maker's Mark in two brandy snifters.

My friend's genius finally dawned on me. He had tested what I'd told him about the esteem our whisky enjoys in Kentucky. What better way to do it than with one simple metaphor for good taste? With an open-ended request with any number of possible outcomes?

Fortunately, the joke wasn't on me. What if our waiter had come back with something other than Maker's Mark?

He deserved a tip even larger than the one I left.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

### Maker's
### (S IV) Mark.

MM007536



Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof). Fully Matured

MM_007018



**"I've always thought Maker's Mark was a great name for whisky.**

**What Madison Avenue ad agency came up with it?"**

*T. C., Alabama*

Actually, my Mother deserves the credit for the name. And that's probably as un-Madison as you can get.

The name Maker's Mark was created in our living room. As a child, I can remember overhearing parts of the discussion as Dad tried to settle on what to call this new whisky.

You see, since there was already a bourbon bearing the Samuels name, Dad had to find some different way to convey that this was his whisky. A whisky with which he felt a personal kinship.

For he'd started this whisky from scratch and he'd watched over each step in the process—from selecting the grain to rotating the oak casks as the whisky matured.

But while it was Dad who lived with the whisky, it was my Mother who had the inspiration for the name.

Her hobby was old english pewter. She studied it. She collected it. And it was she who observed that each pewtersmith signed the work which he crafted by placing on it his...

Maker's Mark.

*Bill Samuels Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark.**

Maker's Mark Distillery, Loretto, KY 40037. Ninety Proof. Fully Matured

MM007537

MM_007019



Anna



Shirley



Sue



Betty Lou



Shirley

### Like snowflakes, no two are alike.

It's been said that the wax patterns that run down the neck of our bottles after each is hand dipped have the individuality of snowflakes.

And while we'd be hard pressed to explain what's behind the differences in snowflakes, it's easy to explain the individuality of our wax patterns:

It's the six ladies you see pictured on the right.

They, too, are as individual as snowflakes. Each different in her own special way. Each adding her own special touch to each bottle of Maker's Mark she hand dips.



Debbie



Marie



Sue



Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's**
**{S IV} Mark**



Debbie



Anna



Betty Lou



Marie

Maker's Mark Distillery, Loretto, KY 40037, Ninety Proof, Fully Matured

MM007538

MM_007020



"Remember me??

I've written you two letters in the past. One about finding Maker's Mark for the first time in Oregon and the second about finding your whisky in California. (I must have searched all over. And it's an even bigger state than Oregon.)

"Well, I've moved again. In fact, I've traveled and settled half way around the world. My new home is Perth, Australia. And right now you're probably thinking I'm going to ask you where to find Maker's Mark down here. (And Australia is even bigger than California.) But, I'm not.

"Because the other day I was reading an article on whiskies in *Follow me Gentlemen* (it's Australia's version of *GQ*) and it said: 'The best bourbon is Maker's Mark, if you can find it.'

"How about that. I just get here and practically the first thing I read tells me I can't find it. Little do they realize how much practice I already have."

—*T.K., Australia*

Maker's
(S IV) Mark®

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007539

MM_007021



**After one man toured our distillery, he asked if he could possibly buy a shutter from one of our buildings as a keepsake.**

As you might imagine, we had to say "no." But we understood the reason for his request and were quite honored that he so enjoyed his tour of our distillery — designated a National Historic Landmark — that he sought a memento.

Donna, who leads our tours, tells me that his is not an isolated request. She frequently has requests from visitors to buy things — ranging from pictures of the distillery to the umbrella she uses on rainy days.

She tells me that our visitors are quite often disappointed when they learn that we don't have anything for them to buy.

Well, we didn't start giving tours to disappoint people.

So we're opening up a Maker's Mark Gift Gallery in the old distiller's home that serves as our visitors center.

In it, you'll find a wide variety of things — many of which are Kentucky crafted one-of-a-kind pieces. Some are expensive. Many are inexpensive. What matters to us, is that you find something that reflects your day.

You can call Donna at the distillery in Loretto, KY at (502) 865-2881 for information on our tours. Remember, there's always a standing invitation to come visit. And a warm welcome when you do.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037, Ninety Proof, Fully Matured

MM007540

<u>At first, I didn't believe it myself.</u>

Not too long ago, I received a phone call from a woman in Hattiesburg, Mississippi, whose real name is Mrs. Jack Daniel.

She told me that for years, and for obvious reasons, the only whisky her husband, Jack Daniel, would drink was the one with his name. Convinced her husband was too stubborn for his own good, Mrs. Daniel spent quite some time trying to get her husband to at least consider other brands. Finally, after years of friendly prodding, Jack consented to give our whisky a try. Now, according to Mrs. Daniel, Maker's Mark is the only whisky Jack Daniel drinks.

Well, I was so tickled by her story that for a brief instant I considered leaking it to one of those supermarket tabloids. Fortunately for Mr. and Mrs. Daniel, I came to my senses.

Of course, I'm not surprised that Jack Daniel prefers Maker's Mark. We've won over many converts to our smooth, handcrafted bourbon, once they tried it.

But, to like it enough to give up the chance to order a fine whiskey that bears your own name... well, I guess that says more about our bourbon than I ever could.

95¢ / 99¢ CANADA
Vol. 1 · No. 1 · 1993

**JACK DANIEL DRINKS MAKER'S MARK**

MELON HEADED MAN SPEAKS ALIEN TONGUE
Uses hand signals to communicate with police and army officials

JESSE JAMES FOUND ALIVE IN LORETTO, KENTUCKY

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured.

MM007541

MM_007023



"I know why your whisky is so expensive...

"I heard that you're related to Jesse James. Is that true?"

*M.T., California*

Yes, I'm afraid it is true.

Cousin Ruben Samuels married the widow James back when her sons Frank and Jesse were just young boys. And both boys visited frequently with their whisky-making cousins in Kentucky.

It wouldn't have been so bad except that great-great-grandfather Samuels, along with running the family distillery, happened to be the local sheriff.

But no, that's not why Maker's Mark is expensive. Our whisky is handcrafted in very small quantities — just 38 barrels a day. That's why Maker's Mark tastes expensive. And why it costs a little more.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**
(S IV)

P.S. That's a drawing of young Jesse taken from the Samuels family album. The gun belonged to Jesse's brother, Frank.

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007542

MM_007024

### How a little circle of wood shatters the poplarly—held belief about the value of very—aged whisky.

How often have you heard someone say, 'So-and-so has aged ten years in the past six months?' Or how many people have you met who were sixty-five yet seemed to be forty-five—and vice versa?

This piece of wood, shown here virtually life size, is a bung. With but one exception, bungs are made of poplar.

The bung does a simple enough job. It plugs the hole after a whisky barrel has been filled. And once a poplar bung has been hammered in place, it can't be removed until it is literally drilled out after the whisky has aged for a period of time—say six or nine or twelve years.

So the calendar determines when the whisky is ready for bottling. And yet, whisky aging is a lot like people aging.

It's not how old you are but how you've aged.

That's why at Maker's Mark we believe you have to taste the whisky inside those barrels rather than rely strictly on chronological age—no matter how high.

But how can we get into the barrels to determine if the whisky is at its peak when the others can't?

Because we're the one exception. We use walnut bungs. Which are the only kind that can be slipped in and out of the barrel.

Bill Samuels, Jr.
President
Maker's Mark Distillery

## Maker's Mark

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007543

## You'll find the same taste difference in whiskies.

An interesting inquiry came in from a customer the other day. She wrote us: "There aren't enough oo's in smooth to describe the taste of Maker's Mark. Why is that?"

And you know, as many times as we've been asked that question, we've never answered it. At least, not directly. Instead, we find ourselves talking about bread.

You see, when my father set out to create Maker's Mark, he wanted none of the "hot, unrefined" taste traditionally associated with most bourbon.

So he did something that caused even those who worked with him to raise their eyebrows.

Instead of using rye (bourbon whisky traditionally uses rye as a "flavor" grain), my father substituted winter wheat.

He explained it this way. Imagine, two loaves of bread — one made from whole wheat, the other from rye.

Isn't the bread made with wheat noticeably lighter, milder and gentler on the palate?

*Bill Samuels Jr*

Bill Samuels, Jr.
President
Maker's Mark Distillery

## Maker's Ⓢ⃝ Mark

Maker's Mark Distillery, Loretto, KY 40037, Ninety Proof, Fully Matured

MM007544

MM_007026

## Have you ever tasted Kentucky Champagne?

Just what is Kentucky Champagne, anyway? Robert Lawrence Balzer of Travel-Holiday Magazine is the one who coined the term. After his first taste of Maker's Mark he deemed it "pure Kentucky Champagne."

Other arbiters seem to agree:

### "Fine Bourbon Tasting"

As reported in *Quarterly Review of Wines*, Boston, Mass.

| | |
|---|---|
| Maker's Mark | 9.5 points |
| Old Fitzgerald | 9.0 points |
| Old W. L. Weller | 8.5 points |
| Old Gommes | 8.5 points |
| Wild Turkey 101 | 6.0 points |
| Jack Daniels | 5.5 points |
| Jim Beam | 4.0 points |

### "Maker's Mark is a modern bourbon with a taste that is the last word in smoothness."

Results of Bourbon tasting conducted by *Boston Magazine.*

### Grand Award

International Bourbon Competition held at the American Embassy in London, England.

Ranking
1. Maker's Mark
2. Jim Beam
3. Old Grand Dad
4. Wild Turkey 101
5. Old Crow
6. Jack Daniel's

## Maker's Mark®

Maker's Mark Distillery, Loretto, KY 40037, Ninety Proof, Fully Matured

MM007545



## For sale: one (barely) used saddle.

Here in Kentucky, probably the only field more people claim expertise in than bourbon whisky is horse racing. So when a couple of friends came to me offering partial ownership of what they described as a "can't-miss," born-for-the winner's circle thoroughbred, I just couldn't resist.

I paid my money, ordered some lovely racing silks, and bought a white suit to look good for the TV cameras come Derby Day.

Alas, not for us the blanket of roses. After finishing last, last and seventh in its first three races, the horse died. Leaving these three would-be syndicators with about 300 lbs. of uneaten oats and a nearly-new, custom saddle.

I did learn a valuable lesson, though: spend your time and money on things you know. Which in my case is crafting whisky and definitely not racing horses. For while our horse finished out of the money, Maker's Mark has never gone home with less than a tie for First Place in any international whisky tasting.

Should you care to conduct a tasting of your own, look for the bottle with the red wax top at your favorite liquor store. If you're interested in the saddle, drop me a line and we'll discuss terms.

(I'm keeping the suit for sentimental reasons.)

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037,
45% Alc./Vol. (90 Proof). Fully Matured

MM007546



Did you know you're flying with a bunch of rednecks?

Maker's Mark whisky (with its distinctive, hand-dipped red sealing wax top) is pleased to be flying with you on Delta Air Lines. So if you've never tasted America's most award-winning whisky, here's your chance.

You may not have heard of us before, because we only craft 38 barrels a day in our little Kentucky distillery, most of which never makes it out of the Southeastern part of the country.

Just ask the flight attendant for one of those little bottles with the red wax top. Then put Maker's Mark to the ultimate test — your own personal taste.

Let us know what you think.

Maker's Mark

MM007547

MM_007029



## Is it too late to cancel the monument?

We've been feeling pretty good about ourselves lately here at Maker's Mark. We've been getting consistently good press from the wine and spirits writers, and our whisky still has yet to lose an international tasting competition. Immortality must be just around the corner.

Or so we thought. Enter cold reality, in the form of a letter from a displaced Kentuckian. She writes:

*"I recently moved to South Dakota. Imagine my confusion when I walked into a bar and asked for 'Maker's' — the cocktail waitress thought I was referring to baking powder!"*

Well, you could have heard my ego deflating from one end of the distillery to the other. It's a tough lesson to learn that not everyone out there is as interested in our whisky as we are.

Still, if you have such an interest we humbly invite you to track down a bottle of Maker's Mark and judge it for yourself. If you have trouble finding it, write me. I'll do my best to point you in the right direction.

Especially in South Dakota.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007548



### Some believe our whisky is best enjoyed served by the slice.

When Sandra Davis came to me with the idea of a cookbook featuring recipes made with our whisky, I was highly skeptical. After all, the whole reason my father began the experiment that became Maker's Mark was that he wanted a whisky that could stand on its own merits, enjoyed alone much like a fine wine or brandy.

Somehow, the thought of a Maker's Mark Bundt cake just didn't seem to be consistent with Dad's original idea.

I still had my doubts when Sandra invited me to sample what she'd cooked up. Much to my surprise, it was a wonderful meal. Every dish had just a hint of the unique smoothness that Dad blended into his whisky.

Best of all, Sandra served them to me with my favorite beverage — a tall, cold glass of milk.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**



P.S.  Sandra Davis's cookbook, *That Special Touch*, is now available in limited quantities.  You can purchase one when you visit our little distillery, or you can get an autographed copy by contacting Sandra directly, ℅ *That Special Touch*, P.O. Box 427, Springfield, KY 40069, 800-753-6275. The cost is $29.95 plus $4.00 shipping and handling.

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof). Fully Matured

MM007549

**Frankly, there are some people who shouldn't stop and smell the roses.**



If you've come to Kentucky to enjoy the rites of spring, then there are a couple of things you ought to know. First, as you're probably already aware, it's one of the most exciting times you'll find anywhere. There are Derby parties and festivities almost daily.

The scenery during this time is more dazzling than ever—with dogwoods, azaleas and tulips in full bloom. And I'm red-eyed proof that all this spring pollen can wreak havoc with your allergies. So, I recommend the soft bouquet of fine, slowly aged Kentucky bourbon combined with fresh spring mint leaves in a Maker's Mark Mint Julep. It's a way to greet spring without setting your histamines into a frenzy.

By the way, all those tears you see when they play "My Old Kentucky Home" before the running of the Kentucky Derby may not always be from overwhelming nostalgia. For a few of us, it's just an allergic reaction.

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol  (90 Proof) Fully Matured

MM007550

MM_007032

## We stand accused of being cruel and unusual.

Many first time Maker's Mark drinkers have written to vent their frustration. They insist on telling us that we have perhaps the finest bourbon they have ever tasted—even if they have had some difficulty finding it. And they usually praise our bottle, with its red, hand-dipped sealing wax top.

Then they really let us have it—about how difficult it is to open some of our bottles.



Our sincere apologies. As the Maker's Mark faithful know, every bottle has a little tab near the top which unseals the cap. But, since each bottle of Maker's Mark is hand dipped, no two are alike, and the tab is sometimes obscured by the sealing wax.

So, if you happen to be in the company of someone struggling with their first bottle of our whisky, please tell them not to lose their head. Gently suggest that they put down the pair of pliers or pocket knife, and pull that little tab near the top.

Oh yes, and please let them know we hope they find our bourbon worth the extra effort.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

### Maker's (S<sub>IV</sub>) Mark

Maker's Mark Distillery. Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007551

MM_007033

## What do frogs dream about?

I can't say for sure, but I have a feeling it's the same thing that's always on our minds here at Maker's Mark.

You see, good water is vital to the quality of our bourbon, as I presume it is to a frog's quality of life.

When my father went searching for a place that would become the home of Maker's Mark, he came upon a quaint little distillery in central Kentucky. Nestled in the hills, he found a picturesque old grist mill, surrounded by Victorian farm buildings and tall, bluegrass lawns lined with hedges. But Dad was not taken in by appearances.



He took note of the deep, spring-fed lake that was part of the property. He tasted the water, and knew he had found exactly what he needed. The water from the springs had a clean, natural flavor, and it gave Dad an idea that would seem absurd to most distillers: he would limit production of his whisky to the amount of water the springs could provide.

To this day, every drop of our bourbon is made only with the clean, limestone-filtered water from our spring-fed lake.

I can't say for sure that our water is the stuff frogs dream of, but without a doubt it has helped make my father's dream come true.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007552

MM_007034



## You must be joking.
## Kentucky Champagne?

He was a food and wine critic, a travel magazine editor, basically one of the nation's leading arbiters of good taste. And I had the honor of showing him around Kentucky for a few days.

One of our excursions was to our little distillery near Loretto, where I explained some of the virtues of our whisky that so many Kentuckians seem to prefer. Like a true critic, he politely congratulated us on our efforts in making a quality bourbon, and on the modest success we seem to be having.

Later, we arrived at Stanley Demos' Coach House restaurant in Lexington for dinner. Before anyone working there recognized me, the waiter came to our table and asked if he could bring us something to drink. That's when my companion did something unusual. He asked the waiter to bring us some "Kentucky Champagne."

I thought, "You must be joking. Kentucky Champagne?"

Then we watched as the waiter went to the bar and asked for Maker's Mark in two brandy snifters.

My friend's genius finally dawned on me. He had tested what I'd told him about the esteem our whisky enjoys in Kentucky. What better way to do it than with one simple metaphor for good taste? With an open-ended request with any number of possible outcomes?

Fortunately, the joke wasn't on me. What if our waiter had come back with something other than Maker's Mark?

He deserved a tip even larger than the one I left.

Bill Samuels, Jr.
President
Maker's Mark Distillery



MM007553

Maker's Mark Distillery, Loretto, KY 40037. 45% Alc./Vol. (90 Proof). Fully Matured



**Mom would've loved this award. Even if she didn't know what it meant.**

You may have heard how my father started from scratch in the '50s to create his distinctively mellow bourbon whisky, recognized by connoisseurs around the world. My mother's contributions are a little less known.

Aside from relinquishing her kitchen for use as my Dad's test lab, she was the one who came up with the distinctive design of the Maker's Mark package. And now, nearly 40 years later, she seems to be getting some well-deserved credit.

In a recent competition, a panel of world-renowned graphic designers judged her liquor package design as one of the "Best 5" in the entire world.

Among other comments, a New York judge noted that "Every bottle is manually inverted in wax, which acts as a seal and becomes a clever design feature as the wax drips down the upright bottle. This tendril effect means each bottle is genuinely unique." Hmmm.

Of course, Mom would've never used words like that to describe her idea.

But at least she's getting some recognition, however long overdue.

I just couldn't be prouder. Because, as you now know, it's quite an accomplishment to be world renowned for your tendril effect.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

*Best Tendril Effect INVERTED CATEGORY*

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007554

MM_007036



## What kind of spirits are conjured up at Kentucky's "House of Wax"?

I've always thought it odd that over in London, England, people line up every day to see lifelike wax sculptures of famous people at a place called Madame Tussaud's. I find the whole idea of people made out of wax a bit creepy. Maybe it's because I saw that Vincent Price movie "House of Wax" as a kid. I don't know.

But I do know there must be something interesting about wax because so many visitors to our little distillery want to see where we hand-dip our bottles of Maker's Mark. They seem to be fascinated by the way wax drips down each bottle, personalizing each and every one of them with a unique design.

Of course, we've got lots of other things to see at our completely restored distillery. It's the only one in America declared a National Historic Landmark.

So, if you'd like to visit, just call Donna at 502-865-2099 for directions. And if you get lost in the rolling hills around Loretto, Kentucky, just ask anyone you meet to direct you to the House of Wax.

They'll know exactly what you're talking about.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

MM007555

MM_007037



" <u>Stick to making whisky, son.</u>
<u>Your family is distinguished by its</u>
<u>incompetence at doing anything else.</u>"
— *J.B., Bardstown, KY*

That was the late Jim Beam's response when I told him I wanted to pursue a career in architecture.

He made a good point. My family had been making whisky in Kentucky for five generations when along came Prohibition. Like most distillers of the day, we made a few attempts at diversification.

All of which turned out to be miserable failures.

The ventures included forays into newspaper publishing, banking, and a (Franklin) car dealership — all doomed enterprises from the start.

I guess it only stands to reason that when we finally got back into the bourbon business, it would be with renewed vigor.

When it was my father's turn, he decided to make a whisky like no other. It would be delicate and smooth, yet with a distinctive heartiness all its own.

Fortunately, Dad's instincts about bourbon were pretty good. Otherwise, I might be designing houses with roofs of red wax.

Bill Samuels, Jr.
President
Maker's Mark Distillery

Maker's Mark®

MM007556

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol., (90 Proof), Fully Matured

MM_007038



**"Bartender! Another shot of redeye for my friend."**

You may have heard people say they dislike bourbon. I think I've figured out why.

When this nation was wild and woolly, men coming off the trail were not in the mood for a mild-mannered whisky.

Back then, if it didn't "blow your ears off," it just wasn't considered fit to drink.

Well, my father wasn't interested in making bourbon the way it was supposed to taste. He wanted to create a good-natured, mild-mannered whisky.

Maybe that's why, even today, a lot of folks tell us they don't like bourbon, but they sure do enjoy the taste of Maker's Mark.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

MM007557

**It's amazing what some people will go through for a drink of good whisky.**

A few weeks ago, we received a letter that truly attests to the loyalty of some of our customers. And, like myself, if you ever had your mouth washed out with soap, you can almost taste the experience I'm about to describe.

It seems that Jim and some friends were preparing for a week of fly-fishing in Montana. Jim wasn't about to leave his Maker's Mark behind, but he couldn't risk a broken bottle in his duffle bag. Thinking like a true outdoorsman, Jim rinsed out an old plastic shampoo bottle and filled it with his beloved whisky.

Unfortunately for Jim, shampoo has a habit of working its way into plastic. Still, rather than settle for the lesser brand one of his friends had brought along, Jim stuck with his soapy Maker's Mark through the duration of the week.

To some, it may sound like Jim's a few bricks shy of a load, but personally, we're flattered. I like to think it proves our customers simply prefer soapy Maker's Mark to none at all.

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037, 45%. Alc./Vol. (90 Proof). Fully Matured.

MM007558

MM_007040

The London Times said of Maker's Mark, "What separates this bourbon from the rest is the softness and smoothness of its rich oak, vanilla and raisiny-like caramel flavours."

I don't know what that means, but it sounds great.

This tribute from Jane MacQuitty, spirits writer for the *London Times*, has my head spinning a bit. I think what she's saying is that she likes our whisky, but I'm not quite sure.

I wasn't there at the time my Dad created the whisky that became Maker's Mark, but I can't ever remember him talking about raisins or vanilla or caramel. Except maybe when he took my sister and me to the neighborhood ice cream parlor.

The part about the softness and smoothness of Maker's Mark sounds a bit more familiar. Dad chose winter wheat for his whisky instead of the traditional rye to give it those very qualities.

I'm glad that Ms. MacQuitty found it to her liking, because judging from her comments about Maker's Mark, her palate is every bit as sophisticated as her prose. And praise for our whisky from those who really appreciate fine bourbons is always welcome.

Even when it goes way over my head.

Bill Samuels, Jr.
President
Maker's Mark Distillery

Maker's Mark

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007559

MM_007041



**Some who visit our distillery could care less about the taste of Maker's Mark.**

Some just drop in for a visit on their way to somewhere else. The ducks from up North, for instance, seem to like our natural spring-fed lake—the only source of water we use in Maker's Mark. But that's about the extent of their interest in our whisky.

On the other hand, all the people who stop by our little "National Historic Landmark" find the trip worthwhile. From the old Quart House and Toll Gate House, to the "still" house, with its hand-polished copper still, hand-hewn support beams and 100-plus-year-old hardwood floor, there's nothing about the place that doesn't show the same personal care that goes into Maker's Mark.

Even the beautiful, pre-Civil War distiller's residence is a curiosity. It now serves as our Visitor's Center, with its mingled collections of Kentucky arts, crafts, and period furniture from the early 1800's.

And besides, we enjoy having folks (and ducks) around the distillery—every bit as much as we like making our award-winning whisky.

So, even if you're not the least bit interested in whisky, we'd still love to have you drop in for a visit. Just call Donna at (502) 865-2099 or stop by Monday–Saturday, 10:30 a.m.-3:30 p.m.

Maker's Mark Distillery
Loretto, KY 40037
45% Alc /Vol.
(90 Proof)
Fully Matured

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

MM007560

MM_007042



Maker's Mark
Distillery,
Loretto, KY
40037
45% Alc./Vol.
(90 Proof)
Fully Matured

"We are interested in
purchasing whatever excess
problem inventories you have..."
— C.C., New York, NY

We receive a couple of letters a year like this.
Apparently, there are companies that specialize in buying,
then reselling what some distillers can't sell themselves.

So far, we haven't had a problem with "excess inventory." I'm sure it's
because we make so little whisky. At our modest pace of 38 barrels a day,
we not only don't have any left over, but are having real problems keeping
up with demand.

What we can't seem to get rid of around our little distillery are kittens. It
seems the farmer across the road has a cat with a keen understanding
of how to deal with "excess inventory." She brings them over to us.

Bill Samuels, Jr.
President
Maker's Mark Distillery

Maker's
Mark.

MM007561

MM_007043



"I say Maker's Mark is the best...
and I'm never wrong."
– Gen. G.A. Custer (deceased)

Well, that's not an exact quote. Old George Armstrong did make at least one mistake... that being when he underestimated the number of Indians at the Little Big Horn.

And, even though General Custer lived in Kentucky for a while, and was known to take an occasional nip, he never did get to enjoy any Maker's Mark. My father didn't create his award-winning whisky until the 1950's.

So, while this endorsement is a bit "trumped-up," all the others we've been lucky enough to receive are for real. Honest Indian.

And they've come from all over the world. From *Bon Apetit* and *Gourmet* magazines. From nearly every important wine and food writer in America. And from the *Times* of London, New York, and Los Angeles. There have even been bourbon taste competitions (in Sydney, Tokyo, San Francisco, Boston, and London, to name a few). We've won them all, at least so far.

That's not to say all the whisky experts are right. We'd hate to get over-confident and go the way of the General. There's really only one person who can truly say if our bourbon is any good. You.

Bill Samuels, Jr.
President
Maker's Mark Distillery

Maker's Mark

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol., (90 Proof). Fully Matured

MM007562

**Maker's Mark is the only bourbon to use water exclusively from natural limestone springs.**

**Our gardener remains unimpressed.**

The spring-fed lake out behind our little distillery has been serving double-duty for some years now. Not only is it a big part of our bourbon's unique taste, it supplies our gardener (who also happens to be my brother-in-law, Russ) with a steady supply of natural spring water for his roses.

Now, I take as much pride as anybody in maintaining the beauty of the distillery's landscaping, but we've had a heck of a time trying to cope with an ever-growing demand for our whisky. With only so much spring water to go around, I decided something had to give. For the time being, and much to the dismay of Russ and his American Beauties, it was the landscaping.

Fortunately, soon after this decision was made, the local authorities consented to run a water line out to us for our everyday needs. Now the natural spring water is being used exclusively on what I'm convinced it was meant for -- Maker's Mark. And though he's having to get by with plain tap water, Russ seems happier, too.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037. 45% Alc./Vol. (90 Proof). Fully Matured

MM007563



**"Your ads need help."**
— *M.C., New York, NY*

Boy does that hurt.

The above quote is from a letter I recently received from an executive at one of the world's largest advertising agencies. He apparently saw one of our attempts at self-promotion while flying on Delta Air Lines, where our whisky is served in-flight.

Fortunately, the writer went on to say that the disappointing nature of our ad did not discourage him or his colleagues from ordering and enjoying our whisky while on board. In fact, he says of Maker's Mark, "I'll keep drinking it — despite your ads."

I wish I had someone to blame for our advertising, but that someone would be me. Since our tiny distillery can't afford a big Madison Avenue agency, the task of developing ad ideas falls mainly on my shoulders. And having studied aerospace engineering in college rather than marketing, it seems I just don't have the knack for those snappy slogans.

I guess all this proves conclusively what a friend at an agency in Kentucky once told me: "*Great products sell themselves. It's the ordinary products that need great ads.*"

Bill Samuels, Jr.
President
Maker's Mark Distillery

After a while, winning so many international "blind" taste competitions gets a little embarrassing. But don't take the word of all those food and wine connoisseurs. Judge for yourself if our whisky's any good. It's available on this Delta Air Lines flight. Just ask for the bourbon with the red wax top.

Bill Samuels, Jr.
President
Maker's Mark Distillery

Maker's Mark

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof). Fully Matured

MM007564

MM_007046



"My favorite liquor store, Pete's Oasis, has been burglarized on two occasions. Both times, only the Maker's Mark was taken."

—J.B., Apalachicola, FL

I guess we should be flattered that some folks will go to such extremes for a few bottles of our whisky. But robbery may be going a bit far, even for a serious Maker's Mark fan.

After all, we have a tough enough time spreading around what little whisky we make for those willing to acquire it by legal means. And we apologize if you're sometimes unable to find a bottle at your favorite liquor store. Be assured there's always a little more on the way.

Except at Pete's Oasis in Apalachicola, Florida. It seems Pete stopped buying Maker's Mark to keep from being robbed again...and from having his insurance cancelled.

Bill Samuels, Jr.
President
Maker's Mark Distillery

MM007565

**Maker's Mark**

Visit us at www.makersmark.com
Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured



*"Baseball will never make it. It's too slow."*
*Chad Bigelow, sports beat, 1902*

Chad Bigelow must have considered himself a man ahead of his time. To him the ebb and flow of a baseball game, with its slow-moving innings, countless strategies and time-consuming rituals, would surely doom the sport to a quick demise. Fortunately, and probably much to Ol' Chad's chagrin, baseball is alive and well. And it's a lot slower now than it was in 1902.

What made me think of all this was the recollection of a comment my father made to me when he was turning over the reins of our distillery. While the exact words escape me, it was something to the effect of, "People will tell you we do things too slow, son. They'll tell you we pay too much attention to the small details. Don't let 'em rush you, and don't let 'em try to help."

I haven't forgotten my father's advice. We still take whatever time is needed to painstakingly craft each barrel of our special whisky.

It's too bad Chad Bigelow wasn't around long enough to try Maker's Mark. He might've seen things a lot differently.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

MM007566

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM_007048



**Those Scotland Yard fellows may be awfully good at finding criminals, but they're not much for sniffing out a good bourbon.**

A friend from overseas recently sent me a copy of a menu from a luncheon for the London Metropolitan Police -- alias Scotland Yard.

The event was held on July 4, in honor of our Independence Day, and the menu was a compendium of what the British apparently consider American favorites: Yankee bean soup, smothered pork chops and collards with fatback (a staple at your house, I'm sure).

Served as the after-dinner drink was what the culinary staff jokingly listed as "Kentucky Champagne" – actually it was Maker's Mark.

Well, it didn't take long for the officers to realize they weren't drinking champagne. But while they enthusiastically enjoyed Maker's Mark, not a single one of them was able to identify it.

I find their inability to identify our whisky a bit humbling. Even though Maker's Mark is known to connoisseurs around the world, some of its most sophisticated sleuths couldn't recognize it.

Bill Samuels, Jr.
President
Maker's Mark Distillery

Bill Samuels
President
Maker's Mark

Maker's
Mark

Maker's Mark Distillery, Loretto, KY 40037,
45% Alc./Vol. (90 Proof), Fully Matured.

MM007567



### In certain circles, the man on the right is viewed as the real revolutionary.

I know because he's my father, as well as the father of Maker's Mark.

In 1953, our family had been in the whisky business for nearly two centuries. Frankly, the old family brand was not much different from the hundreds of other whisky brands. It was somewhat harsh and a little rough around the edges.

Dad wanted no part of that. So he did something that not only turned things upside down within the family, but throughout the entire whisky industry as well. He threw out the 170-year-old family recipe and started over.

And, if that weren't radical enough, Dad intended to replace it with something considered impossible in those days – a smooth, agreeable, premium bourbon. To bring about his "crackpot idea," Dad substituted gentler winter wheat for the usual rye. And used only water from a limestone, spring-fed lake on the grounds of the tiny old distillery he'd bought for his experiment.

After letting his bourbon age for about 6 years, he found that his instincts were correct. Admittedly, what he did wasn't as earthshaking as the Chinese or Russian revolutions. But here in bourbon country, it was downright cataclysmic.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

### Maker's Mark®

MM007568

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM_007050



We'd like to introduce the Maker's Mark Colossal Collection.

But we won't.

I'm afraid that when it comes to making bourbon, I'm just a one-trick pony. It's rather unfortunate since the trend now is for distillers to create exotic collections of pricey bourbons.

I've tried everything to create my own collection. I've aged our bourbon longer. I've looked at increasing the proof. I've even considered just putting a 14K gold label on our regular Maker's bottle and charging more for it. But none of that stuff feels right.

Maybe it's because none of it makes our bourbon taste better than it already does.

Bill Samuels, Jr.
President

Maker's Mark

P.S. Visit us at www.makersmark.com

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007569

MM_007051

**The birthplace of Maker's Mark.**



It may seem like a strange way to go about it, but my father began creating Maker's Mark whisky by baking bread. Lots and lots of bread. Bread made with corn. Bread made with wheat. Bread made with all sorts of combinations of rye and barley.

See, Dad didn't want to wait six years to learn what his whisky would taste like. So he made bread from various mash grains, and then we all tasted each loaf until he arrived at just the right balance.

Judging from what people tell me, I guess Dad found the taste he was looking for. And I'm quite pleased I had a hand in it. Even if I did have to eat some pretty weird bread along the way.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark®**
(S IV)

MM007570

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM_007052



# Our rollermill is too slow, too old, and produces too little grain. And those are just its good points.



Even with all of its flaws, I can't say a bad word about the old rollermill we use to grind our grain. It may be a tad temperamental, but in my opinion, it still does a better job than the modern hammermill used by other distilleries.

You see, hammermills have lots of rotating hammers. (Hence the name.) The hammers spin at such a high speed, the grain is tossed around the grinding chamber thousands of times a second. As it collides with the walls and hammers, it gets completely pulverized.

Most distillers like this because the extra fine particles convert into whisky really efficiently. Problem is, all that energy heats up the grain and scorches it a little. And as any good cook knows, scorching creates a slightly bitter taste. Yuck.

That's why we use an old rollermill instead. Like a giant rolling pin, a rollermill gently squeezes the grain into meal. It's not as finely ground, and makes a little less whisky per bushel, but it doesn't scorch the grain.

And when it comes to crafting the taste of our bourbon, I've learned that you just can't rush quality. No matter how long it takes.

Bill Samuels, Jr.
President

**Maker's Mark**

Visit us at www.makersmark.com
Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007911

PLAINTIFF'S EXHIBIT

43

MM_007393

Our labels are handmade
on a 19th-century letterpress.
Please bear with us.



Sometimes the folks in our little print shop get distracted and a strange label pops up now and then. But I guess that's the price you pay for doing things by hand.

It is, after all, the way we achieve the very pleasing taste of the bourbon you'll find in every bottle.

Pure, iron-free limestone water from our spring-fed lake. Specially selected winter wheat. And, of course, the good grace of time.

Handcrafting our bourbon is what we think gives Maker's Mark its smooth, soft taste.

And yes, even our rickety, old letter press still has its place at our distillery —pumping out label after label (most of them, you'll be pleased to know, right side up).

*Bill Samuels, Jr.*
President

CONFIDENTIAL
INFORMATION

MM007912

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM_007394





### It's easy to buy something after it becomes popular.

Let's face it, bourbon whisky isn't exactly enjoying a run of popularity right now. And yet, there's something interesting happening with Maker's Mark.

James Bacon, the Los Angeles Herald Examiner columnist and Hollywood's official "Scribe to the Stars," may have summed it up best.

"I'm not a bourbon drinker ordinarily," he wrote in his column, "but Maker's Mark is the best I've ever drunk by far. It is one of those rare bourbons that only connoisseurs know about."

So you might say, buying a bottle of Maker's Mark is not unlike buying a BMW . . .

ten years ago.

After all, it's easy to buy something after it becomes popular.

What's really impressive is to have it before everyone else finds out about it.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's**
Ⓢ**IV Mark**®

MM007913

**CONFIDENTIAL INFORMATION**

BMW is a trademark of BMW of North America, Inc. Apple is a trademark of Apple Computers, Inc. Polo is a trademark of Ralph Lauren, Inc. Jordache is a trademark of Jordache Enterprises, Inc. Nike is a trademark of Nike, Inc. Maker's Mark Distillery, Loretto, KY 40037. Ninety Proof, Fully Matured.



## Merry Ornges.

One weekend a couple of Christmas seasons ago, I took my son Rob (then age 9) to the office with me while I worked on our Holiday ad.

There's a spare typewriter at the office and Rob tried his hand at it while I was working. It wasn't until Monday morning, however, that I discovered "his" Holiday ad:

"Christmas wishs. i will to have company cars for everyone. tell the workers i will higher paychecks. if it suits give them time off if knot give them a basket of ornges. merry Christmas. Rob."

Naturally when I got home that Monday evening, I mentioned that I had found his ad. And I asked him what he thought we should do about it.

"Put it in the paper," he suggested hopefully.

Merry ornges to all and to all a good night.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's**
**(S IV) Mark**

CONFIDENTIAL
INFORMATION

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007914

MM_007396



## Is it too late to cancel the monument?

We've been feeling pretty good about ourselves lately here at Maker's Mark. We've been getting consistently good press from the wine and spirits writers, and our whisky still has yet to lose an international tasting competition. Immortality must be just around the corner.

Or so we thought. Enter cold reality, in the form of a letter from a displaced Kentuckian. She writes:

*"I recently moved to South Dakota. Imagine my confusion when I walked into a bar and asked for 'Maker's' — the cocktail waitress thought I was referring to baking powder!"*

Well, you could have heard my ego deflating from one end of the distillery to the other. It's a tough lesson to learn that not everyone out there is as interested in our whisky as we are.

Still, if you have such an interest we humbly invite you to track down a bottle of Maker's Mark and judge it for yourself. If you have trouble finding it, write me. I'll do my best to point you in the right direction.

Especially in South Dakota.

Bill Samuels, Jr.
President
Maker's Mark Distillery

## Maker's Mark®

CONFIDENTIAL INFORMATION

BILL SAMUELS JR.

MM007915

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM_007397

**Did you know you're flying with a bunch of rednecks?**

Maker's Mark whisky (with its distinctive, hand-dipped red sealing wax top) is pleased to be flying with you on Delta Air Lines. So if you've never tasted America's most award-winning whisky, here's your chance.

You may not have heard of us before, because we only craft 38 barrels a day in our little Kentucky distillery, most of which never makes it out of the Southeastern part of the country.

Just ask the flight attendant for one of those little bottles with the red wax top. Then put Maker's Mark to the ultimate test — your own personal taste.

Let me know what you think.

Bill Samuels, Jr.
Bill Samuels, Jr.
Maker's Mark Distillery

**Maker's Mark**

CONFIDENTIAL INFORMATION

MM007916

KY Straight Bourbon Whisky, 45% Alc./Vol.

MM_007398



**"I've always thought Maker's Mark was a great name for whisky.**

**What Madison Avenue ad agency came up with it?"**

*T.C., Alabama*

Actually, my Mother deserves the credit for the name. And that's probably as un-Madison as you can get.

The name Maker's Mark was created in our living room. As a child, I can remember overhearing parts of the discussion as Dad tried to settle on what to call this new whisky.

You see, since there was already a bourbon bearing the Samuels name, Dad had to find some different way to convey that this was his whisky. A whisky with which he felt a personal kinship.

For he'd started this whisky from scratch and he'd watched over each step in the process—from selecting the grain to rotating the oak casks as the whisky matured.

But while it was Dad who lived with the whisky, it was my Mother who had the inspiration for the name.

Her hobby was old english pewter. She studied it. She collected it. And it was she who observed that each pewtersmith signed the work which he crafted by placing on it his...

Maker's Mark.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

CONFIDENTIAL
INFORMATION

Maker's Mark Distillery, Loretto, KY 40037, Ninety Proof, Fully Matured

MM007917

MM_007399

**Maker's Mark is the only bourbon to use water exclusively from natural limestone springs.**

**Our gardener remains unimpressed.**

The spring-fed lake out behind our little distillery has been serving double-duty for some years now. Not only is it a big part of our bourbon's unique taste, it supplies our gardener (who also happens to be my brother-in-law, Russ) with a steady supply of natural spring water for his roses.

Now, I take as much pride as anybody in maintaining the beauty of the distillery's landscaping, but we've had a heck of a time trying to cope with an ever-growing demand for our whisky. With only so much spring water to go around, I decided something had to give. For the time being, and much to the dismay of Russ and his American Beauties, it was the landscaping.

Fortunately, soon after this decision was made, the local authorities consented to run a water line out to us for our everyday needs. Now the natural spring water is being used exclusively on what I'm convinced it was meant for – Maker's Mark. And though he's having to get by with plain tap water, Russ seems happier, too.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

CONFIDENTIAL
INFORMATION

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof). Fully Matured

MM007918

MM_007400



<u>In certain circles, the man on the right is viewed as the real revolutionary.</u>

I know because he's my father, as well as the father of *Maker's Mark*.

In 1953, our family had been in the whisky business for nearly two centuries. Frankly, the old family brand was not much different from the hundreds of other whisky brands. It was somewhat harsh and a little rough around the edges.

Dad wanted no part of that. So he did something that not only turned things upside down within the family, but throughout the entire whisky industry as well. He threw out the 170-year-old family recipe and started over.

And, if that weren't radical enough, Dad intended to replace it with something considered impossible in those days – a smooth, agreeable, premium bourbon. To bring about his "crackpot idea," Dad substituted gentler winter wheat for the usual rye. And used only water from a limestone, spring-fed lake on the grounds of the tiny old distillery he'd bought for his experiment.

After letting his bourbon age for about 6 years, he found that his instincts were correct. Admittedly, what he did wasn't as earthshaking as the Chinese or Russian revolutions. But here in bourbon country, it was downright cataclysmic.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**CONFIDENTIAL
INFORMATION**

**Maker's
(SIV) Mark®**

MM007919

MM_007401



**Those Scotland Yard fellows may be awfully good at finding criminals, but they're not much for sniffing out a good bourbon.**

A friend from overseas recently sent me a copy of a menu from a luncheon for the London Metropolitan Police – alias Scotland Yard.

The event was held on July 4, in honor of our Independence Day, and the menu was a compendium of what the British apparently consider American favorites: Yankee bean soup, smothered pork chops and collards with fatback (a staple at your house, I'm sure).

Served as the after-dinner drink was what the culinary staff jokingly listed as "Kentucky Champagne" – actually it was Maker's Mark.

Well, it didn't take long for the officers to realize they weren't drinking champagne. But while they enthusiastically enjoyed Maker's Mark, not a single one of them was able to identify it.

I find their inability to identify our whisky a bit humbling. Even though Maker's Mark is known to connoisseurs around the world, some of its most sophisticated sleuths couldn't recognize it.

*Bill*  *Bill Samuels, Jr.*
Samuels, Jr.
~~ent~~
~~Mark Distillery~~

Bill Samuels, ~~Jr.~~
President
Maker's Mark®

**Make**
(S) IV **Ma**

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof). Fully Matured.

**CONFIDENTIAL INFORMATION**

MM007920



**It's amazing what some people will go through for a drink of good whisky.**

A few weeks ago, we received a letter that truly attests to the loyalty of some of our customers. And, like myself, if you ever had your mouth washed out with soap, you can almost taste the experience I'm about to describe.

It seems that Jim and some friends were preparing for a week of fly-fishing in Montana. Jim wasn't about to leave his Maker's Mark behind, but he couldn't risk a broken bottle in his duffle bag. Thinking like a true outdoorsman, Jim rinsed out an old plastic shampoo bottle and filled it with his beloved whisky.

Unfortunately for Jim, shampoo has a habit of working its way into plastic. Still, rather than settle for the lesser brand one of his friends had brought along, Jim stuck with his soapy Maker's Mark through the duration of the week.

To some, it may sound like Jim's a few bricks shy of a load, but personally, we're flattered. I like to think it proves our customers simply prefer soapy Maker's Mark to none at all.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037. 45% Alc./Vol. (90 Proof). Fully Matured.

**CONFIDENTIAL INFORMATION**

MM007921

MM_007403



**After one man toured our distillery, he asked if he could possibly buy a shutter from one of our buildings as a keepsake.**

As you might imagine, we had to say "no." But we understood the reason for his request and were quite honored that he so enjoyed his tour of our distillery — designated a National Historic Landmark — that he sought a memento.

Donna, who leads our tours, tells me that his is not an isolated request. She frequently has requests from visitors to buy things — ranging from pictures of the distillery to the umbrella she uses on rainy days.

She tells me that our visitors are quite often disappointed when they learn that we don't have anything for them to buy.

Well, we didn't start giving tours to disappoint people.

So we're opening up a Maker's Mark Gift Gallery in the old distiller's home that serves as our visitors center.

In it, you'll find a wide variety of things — many of which are Kentucky crafted one-of-a-kind pieces. Some are expensive. Many are inexpensive. What matters to us, is that you find something that reflects your day.

You can call Donna at the distillery in Loretto, KY at (502) 865-2881 for information on our tours. Remember, there's always a standing invitation to come visit. And a warm welcome when you do.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's ⒮ⓣⓥ Mark®**

MM007922

Maker's Mark Distillery, Loretto, KY 40037, Ninety Proof, Fully Matured

CONFIDENTIAL INFORMATION



You hear a lot about chlorine and fluoride in the water supply.

The only things floating around in our water are lily pads and the occasional bluegill.

Mother nature has a hand in everything we do here in tiny Loretto, Kentucky.

And without the pure, iron-free limestone water from our spring-fed lake, Maker's Mark wouldn't have its soft, full-flavored taste.

So I guess we're fortunate my father had the good sense to locate the distillery out here by the lake. Instead of next to a spigot in the city somewhere.

Bill Samuels, Jr.
President

**Maker's Mark**

MM007923

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof, Fully Matured

CONFIDENTIAL INFORMATION



"Trying to impress a prospective father-in-law who had some considerable doubt as to the quality of this possible son-in-law...

"I bought a bottle of your Maker's Mark.

"After trying your whisky, he had no doubts as to its quality. It was extraordinarily good.

"Unfortunately, he didn't change his opinion about me.

"Worse still, he kept the bottle."

*G.B., Canada*

A letter writer shared this story with me. I enjoyed it and I thought it well worth sharing with all of you.

Bill Samuels, Jr.
President
Maker's Mark Distillery

**CONFIDENTIAL INFORMATION**

## Maker's
### Ⓢ Mark®



<u>The London Times said of Maker's Mark, "What separates this bourbon from the rest is the softness and smoothness of its rich oak, vanilla and raisiny-like caramel flavours."</u>

<u>I don't know what that means, but it sounds great.</u>

This tribute from Jane MacQuitty, spirits writer for the *London Times*, has my head spinning a bit. I think what she's saying is that she likes our whisky, but I'm not quite sure.

I wasn't there at the time my Dad created the whisky that became Maker's Mark, but I can't ever remember him talking about raisins or vanilla or caramel. Except maybe when he took my sister and me to the neighborhood ice cream parlor.

The part about the softness and smoothness of Maker's Mark sounds a bit more familiar. Dad chose winter wheat for his whisky instead of the traditional rye to give it those very qualities.

I'm glad that Ms. MacQuitty found it to her liking, because judging from her comments about Maker's Mark, her palate is every bit as sophisticated as her prose. And praise for our whisky from those who really appreciate fine bourbons is always welcome.

Even when it goes way over my head.

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark®**

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

CONFIDENTIAL INFORMATION

MM007925

MM_007407



"I know this drought will cause a water shortage. Will it cause a Maker's Mark shortage, as well?"

*D. G., Kentucky*

It very well could.

Water, as you know, has been described as the life's blood of good whisky. And all the water used in making Maker's Mark comes from our little limestone spring-fed lake. Right now, it's pretty low.

Years ago, when we had a drought, Dad made a decision not to bring in water to supplement our supply. He felt outside water would alter the taste of the whisky. So we've never used supplemental water, although I believe we're the only distillery that doesn't.

Instead, when our limestone springs dry up, we shut down the distillery.

We close up until the weather breaks and there's enough water to start back up again. That's how strongly we feel about one of the main ingredients in Maker's Mark.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037, Ninety Proof, Fully Matured

CONFIDENTIAL INFORMATION

MM007926

MM_007408



The idea for our distinctive package started in my mother's kitchen.

Not in some package design firm in New York.

When Mom created the distinctive wax that delicately drips down each Maker's Mark bottle, she didn't enlist the help of some Madison Avenue package designers.

Nor did she do market research to see how it played with housewives in Peoria.

Nope. She got out her trusty deep fryer, filled it with wax, dipped a bottle and said, "Whataya think, T.W.?"

"It's okay," answered my father.

*Bill Samuels, Jr.*
President

**Maker's**
**(S IV) Mark**®

CONFIDENTIAL
INFORMATION

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007927

Whoops.



Maker's Mark is handmade every step of the way,
as exemplified by the red wax that delicately
trickles down the neck of each bottle.

Well, most of them anyway.

*Bill Samuels, Jr.*
President

CONFIDENTIAL
INFORMATION

**Maker's Mark**

MM007928

Visit us at www.makersmark.com
Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM_007410



**"Your ads need help."**
— *M.C., New York, NY*

Boy does that hurt.

The above quote is from a letter I recently received from an executive at one of the world's largest advertising agencies. He apparently saw one of our attempts at self-promotion while flying on Delta Air Lines, where our whisky is served in-flight.

Fortunately, the writer went on to say that the disappointing nature of our ad did not discourage him or his colleagues from ordering and enjoying our whisky while on board. In fact, he says of Maker's Mark, "I'll keep drinking it — despite your ads."

I wish I had someone to blame for our advertising, but that someone would be me. Since our tiny distillery can't afford a big Madison Avenue agency, the task of developing ad ideas falls mainly on my shoulders. And having studied aerospace engineering in college rather than marketing, it seems I just don't have the knack for those snappy slogans.

I guess all this proves conclusively what a friend at an agency in Kentucky once told me: *"Great products sell themselves. It's the ordinary products that need great ads."*

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

After a while, winning so many international "blind" taste competitions gets a little embarrassing. But don't take the word of all those food and wine connoisseurs. Judge for yourself if our whisky's any good. It's available on this Delta Air Lines flight. Just ask for the bourbon with the red wax top.

*Bill Samuels, Jr.*
Bill Samuels, Jr
President
Maker's Mark Distillery

**Maker's Mark**

MM007929

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

...s Distillery, Loretto, KY 40037,
...ol. (90 Proof), Fully Matured

CONFIDENTIAL INFORMATION

MM_007411

"Baseball will never make it. It's too slow."

*Chad Bigelow, sports beat, 1902*



Chad Bigelow must have considered himself a man ahead of his time. To him the ebb and flow of a baseball game, with its slow-moving innings, countless strategies and time-consuming rituals, would surely doom the sport to a quick demise. Fortunately, and probably much to Ol' Chad's chagrin, baseball is alive and well. And it's a lot slower now than it was in 1902.

What made me think of all this was the recollection of a comment my father made to me when he was turning over the reins of our distillery. While the exact words escape me, it was something to the effect of, "People will tell you we do things too slow, son. They'll tell you we pay too much attention to the small details. Don't let 'em rush you, and don't let 'em try to help."

I haven't forgotten my father's advice. We still take whatever time is needed to painstakingly craft each barrel of our special whisky.

It's too bad Chad Bigelow wasn't around long enough to try Maker's Mark. He might've seen things a lot differently.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**
S IV

MM007930

CONFIDENTIAL INFORMATION

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured.

MM_007412



Even when we were boys, the other distillers were bigger than me.

They say size is everything. Well, if you're on the other end of a knuckle sandwich, I couldn't agree more. But when it comes to making a soft, full flavored bourbon, I prefer handcrafting it in small quantities of less than 19 barrels at a time.

Which means you can be choosy every step of the way about the ingredients you use and everything you do.

And while being small may be less efficient than mass production, no one's going to give you a black eye for making a good batch of bourbon.

*Bill Samuels, Jr.*
President

**Maker's Mark**

CONFIDENTIAL
INFORMATION

MM007931

MM_007413



## Maker's Mark does its bit (albeit a small one) to lower the U.S. Trade Deficit.

I have to confess, I didn't realize what we were doing about the problem until I read about our efforts in *The Wall Street Journal:*

"The U.S., it seems, is finally making something the Japanese love to buy. Since Toyota decided to build an auto plant north of Lexington, Kentucky, Japanese executives have developed such a fondness for Maker's Mark bourbon that sales are soaring. According to Masaru Hoshinoya, Toyota's general manager in Lexington, the bourbon has become "essential" at parties. Visitors from Japan are also expected to take a few gift bottles to friends at home, where Maker's Mark costs some 10,000 Yen (about $70) a bottle."

Naturally all of us here at the distillery enjoyed reading that. Although, one of the fellows said that he wasn't surprised by it all. Not one bit. In fact, he figures it this way:

We import Japanese high-tech cars, electronics, etc., etc. The Japanese, in turn, have become enamored with handcrafted kinds of products that are distinctively American. And Maker's Mark, most would agree, certainly fits that description.

Now, how all this impacts the Trade Deficit, well, that we don't pretend to know. What we do know is that we're pleased to be included amongst those American products that the Japanese have to have.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**CONFIDENTIAL INFORMATION**

## Maker's ⓈIV Mark®

MM007932

Maker's Mark Distillery, Loretto, KY 40037, Ninety Proof, Fully Matured

MM_007414

## The birthplace of Maker's Mark.



It may seem like a strange way to go about it, but my father began creating Maker's Mark whisky by baking bread. Lots and lots of bread. Bread made with corn. Bread made with wheat. Bread made with all sorts of combinations of rye and barley.

See, Dad didn't want to wait six years to learn what his whisky would taste like. So he made bread from various mash grains, and then we all tasted each loaf until he arrived at just the right balance.

Judging from what people tell me, I guess Dad found the taste he was looking for. And I'm quite pleased I had a hand in it. Even if I did have to eat some pretty weird bread along the way.

Bill Samuels, Jr.
Bill Samuels, Jr.
President
Maker's Mark Distillery

### Maker's SIV Mark®

CONFIDENTIAL INFORMATION

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007933

MM_007415



"My favorite liquor store, Pete's Oasis, has been burglarized on two occasions. Both times, only the Maker's Mark was taken."

–J.B., Apalachicola, FL

I guess we should be flattered that some folks will go to such extremes for a few bottles of our whisky. But robbery may be going a bit far, even for a serious Maker's Mark fan.

After all, we have a tough enough time spreading around what little whisky we make for those willing to acquire it by legal means. And we apologize if you're sometimes unable to find a bottle at your favorite liquor store. Be assured there's always a little more on the way.

Except at Pete's Oasis in Apalachicola, Florida. It seems Pete stopped buying Maker's Mark to keep from being robbed again...and from having his insurance cancelled.

Bill Samuels, Jr.
President
Maker's Mark Distillery

MM007934

**Maker's Mark**

CONFIDENTIAL INFORMATION

Visit us at www.makersmark.com
Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM_007416

## How a little circle of wood shatters the poplarly—held belief about the value of very—aged whisky.

This piece of wood, shown here virtually life size, is a bung. With but one exception, bungs are made of poplar.

The bung does a simple enough job. It plugs the hole after a whisky barrel has been filled. And once a poplar bung has been hammered in place, it can't be removed until it is literally drilled out after the whisky has aged for a period of time—say six or nine or twelve years.

So the calendar determines when the whisky is ready for bottling. And yet, whisky aging is a lot like people aging.

How often have you heard someone say, 'So-and-so has aged ten years in the past six months?' Or how many people have you met who were sixty-five yet seemed to be forty-five—and vice versa?

It's not how old you are but how you've aged.

That's why at Maker's Mark we believe you have to taste the whisky inside those barrels rather than rely strictly on chronological age—no matter how high.

But how can we get into the barrels to determine if the whisky is at its peak when the others can't?

Because we're the one exception. We use walnut bungs. Which are the only kind that can be slipped in and out of the barrel.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

## Maker's Mark®

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

CONFIDENTIAL INFORMATION

MM007935

MM_007417



### Some believe our whisky is best enjoyed served by the slice.

When Sandra Davis came to me with the idea of a cookbook featuring recipes made with our whisky, I was highly skeptical. After all, the whole reason my father began the experiment that became Maker's Mark was that he wanted a whisky that could stand on its own merits, enjoyed alone much like a fine wine or brandy.

Somehow, the thought of a Maker's Mark Bundt cake just didn't seem to be consistent with Dad's original idea.

I still had my doubts when Sandra invited me to sample what she'd cooked up. Much to my surprise, it was a wonderful meal. Every dish had just a hint of the unique smoothness that Dad blended into his whisky.

Best of all, Sandra served them to me with my favorite beverage — a tall, cold glass of milk.

*Bill Samuels, Jr.*
Bill Samuels, Jr.
President
Maker's Mark Distillery

### Maker's (SIV) Mark



P.S.  Sandra Davis's cookbook, *That Special Touch*, is now available in limited quantities. You can purchase one when you visit our little distillery, or you can get an autographed copy by contacting Sandra directly, c/o *That Special Touch*, P.O. Box 427, Springfield, KY 40069, 800-753-6275. The cost is $29.95 plus $4.00 shipping and handling.

CONFIDENTIAL INFORMATION

MM007936

Maker's Mark Distillery, Loretto, KY 40037. 45% Alc./Vol. (90 Proof), Fully Matured

MM_007418



"He asked us to send a bottle of Maker's Mark. We didn't — we think he's an *!&$%#@."

*P. S., Frankfort, KY*

Since we can make only 38 barrels a day, we're happy to know some of our friends are selective when it comes to sharing Maker's Mark.

Here's a true story of the then-mayor of Frankfort and his wife, John and Phyllis Sower. They were invited to Havana, Cuba, for a national league of cities tour, where they had the opportunity to meet Fidel Castro.

When Mr. Castro learned that they were from Kentucky, he asked if they would send him a bottle of our bourbon.

Well, he never received his bottle. But it was nice to know that Maker's Mark had earned such international acclaim.

It's funny how — no matter who you are — some things can be difficult to obtain.

While some of us enjoy our Maker's Mark, Fidel lights up another Cuban cigar.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark®**

MM007937

CONFIDENTIAL
INFORMATION

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured



Maker's Mark
Distillery,
Loretto, KY
40037
45% Alc./Vol.
(90 Proof)
Fully Matured

"We are interested in purchasing whatever excess problem inventories you have..."
— *C.C., New York, NY*

We receive a couple of letters a year like this. Apparently, there are companies that specialize in buying, then reselling what some distillers can't sell themselves.

So far, we haven't had a problem with "excess inventory." I'm sure it's because we make so little whisky. At our modest pace of 38 barrels a day, we not only don't have any left over, but are having real problems keeping up with demand.

What we can't seem to get rid of around our little distillery are kittens. It seems the farmer across the road has a cat with a keen understanding of how to deal with "excess inventory." She brings them over to us.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's**
Ⓢ IV **Mark**®

MM007938

**CONFIDENTIAL INFORMATION**

MM_007420



CONFIDENTIAL
INFORMATION

MM007939



## For sale: one (barely) used saddle.

Here in Kentucky, probably the only field more people claim expertise in than bourbon whisky is horse racing. So when a couple of friends came to me offering partial ownership of what they described as a "can't-miss," born-for-the winner's circle thoroughbred, I just couldn't resist.

I paid my money, ordered some lovely racing silks, and bought a white suit to look good for the TV cameras come Derby Day.

Alas, not for us the blanket of roses. After finishing last, last and seventh in its first three races, the horse died. Leaving these three would-be syndicators with about 300 lbs. of uneaten oats and a nearly-new, custom saddle.

I did learn a valuable lesson, though: spend your time and money on things you know. Which in my case is crafting whisky and definitely not racing horses. For while our horse finished out of the money, Maker's Mark has never gone home with less than a tie for First Place in any international whisky tasting.

Should you care to conduct a tasting of your own, look for the bottle with the red wax top at your favorite liquor store. If you're interested in the saddle, drop me a line and we'll discuss terms.

(I'm keeping the suit for sentimental reasons.)

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

## Maker's Mark

Maker's Mark Distillery, Loretto, KY 40037,
45% Alc./Vol. (90 Proof), Fully Matured

CONFIDENTIAL INFORMATION

MM007940

MM_007422



**"Bartender! Another shot of redeye for my friend."**

You may have heard people say they dislike bourbon. I think I've figured out why.

When this nation was wild and woolly, men coming off the trail were not in the mood for a mild-mannered whisky.

Back then, if it didn't "blow your ears off," it just wasn't considered fit to drink.

Well, my father wasn't interested in making bourbon the way it was supposed to taste. He wanted to create a good-natured, mild-mannered whisky.

Maybe that's why, even today, a lot of folks tell us they don't like bourbon, but they sure do enjoy the taste of Maker's Mark.

Bill Samuels, Jr.
President
Maker's Mark Distillery



CONFIDENTIAL INFORMATION

Maker's Mark Distillery, Loretto, KY-40037, 45% Alc/Vol. (90 Proof) Fully Matured

MM007941

MM_007423

## A Foodie is...

a person who thinks a Big Mac is a large raincoat and who knows that fast food is the worst thing since sliced bread.

Foodies are all palate, with a vestigial person attached. For them, the only activity that comes close to eating is talking about eating.

For example, Foodies know what exercise is for—it's to give you an appetite. And as for attending the theatre, concerts or the like—the question is do you eat before or after? (A true Foodie will decide neither would be fair to the food, and skip the performance altogether.)

Foodies, you see, consider food to be an art on the level with painting or drama. Their motto is: "Be modern—worship food."

Now, the term "Foodie" was coined by Paul Levy, food and wine editor of the London newspaper, The Observer, and the author of the definitive compendium on the subject—The Official Foodie Handbook.

Well, Mr. Levy recently sampled our Maker's Mark. (No, he didn't eat the bottle.) He just rolled a wee drop around his palate and proclaimed: "It's amazing. The finest whisky on earth."

High praise indeed, considering that Foodies believe Food Is Noble. Drink merely goes with it.

Bill Samuels, Jr.
President
Maker's Mark Distillery

## Maker's Mark

CONFIDENTIAL INFORMATION

Maker's Mark Distillery, Loretto, KY 40037, Ninety Proof, Fully Matured

MM007942

MM_007424

If Utopia is defined as a place
where everything is perfect,
then we think we've already found it.



It's here among the rolling fields of Marion County that my father first had the idea to create Maker's Mark. Without the hustle and bustle of the city to distract him, he could mull over ideas until they were just right. That's how he came up with such a novel way of making bourbon.

One of the things Dad figured out was that if he used winter wheat instead of rye, he could improve the taste of the bourbon. It would take on soft and subtle characteristics while remaining full flavored. Doggone it if he wasn't right.

With an atmosphere that nurtures such wonderful ideas, I can't imagine living anywhere else. So while the township where our distillery sits may not be named "Utopia," "Loretto" is close enough.

Bill Samuels, Jr.
President

CONFIDENTIAL
INFORMATION

**Maker's Mark**

Visit us at www.makersmark.com
Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

MM007943

MM_007425

## What do frogs dream about?

I can't say for sure, but I have a feeling it's the same thing that's always on our minds here at Maker's Mark.

You see, good water is vital to the quality of our bourbon, as I presume it is to a frog's quality of life.

When my father went searching for a place that would become the home of Maker's Mark, he came upon a quaint little distillery in central Kentucky. Nestled in the hills, he found a picturesque old grist mill, surrounded by Victorian farm buildings and tall, bluegrass lawns lined with hedges. But Dad was not taken in by appearances.



He took note of the deep, spring-fed lake that was part of the property. He tasted the water, and knew he had found exactly what he needed. The water from the springs had a clean, natural flavor, and it gave Dad an idea that would seem absurd to most distillers: he would limit production of his whisky to the amount of water the springs could provide.

To this day, every drop of our bourbon is made only with the clean, limestone-filtered water from our spring-fed lake.

I can't say for sure that our water is the stuff frogs dream of, but without a doubt it has helped make my father's dream come true.

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

CONFIDENTIAL
INFORMATION

MM007944

MM_007426

## We stand accused of being cruel and unusual.

Many first time Maker's Mark drinkers have written to vent their frustration. They insist on telling us that we have perhaps the finest bourbon they have ever tasted—even if they have had some difficulty finding it. And they usually praise our bottle, with its red, hand-dipped sealing wax top.

Then they really let us have it—about how difficult it is to open some of our bottles.

Our sincere apologies. As the Maker's Mark faithful know, every bottle has a little tab near the top which unseals the cap. But, since each bottle of Maker's Mark is hand dipped, no two are alike, and the tab is sometimes obscured by the sealing wax.

So, if you happen to be in the company of someone struggling with their first bottle of our whisky, please tell them not to lose their head. Gently suggest that they put down the pair of pliers or pocket knife, and pull that little tab near the top.

Oh yes, and please let them know we hope they find our bourbon worth the extra effort.

*Bill Samuels, Jr.*

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's ⓈⓋ Mark®**

Maker's Mark Distillery. Loretto, KY 40037, 45% Alc./Vol. (90 Proof), Fully Matured

CONFIDENTIAL
INFORMATION

MM007945



" Stick to making whisky, son. <u>Your family is distinguished by its incompetence at doing anything else."</u>
— *J.B., Bardstown, KY*

That was the late Jim Beam's response when I told him I wanted to pursue a career in architecture.

He made a good point. My family had been making whisky in Kentucky for five generations when along came Prohibition. Like most distillers of the day, we made a few attempts at diversification.

All of which turned out to be miserable failures.

The ventures included forays into newspaper publishing, banking, and a (Franklin) car dealership — all doomed enterprises from the start.

I guess it only stands to reason that when we finally got back into the bourbon business, it would be with renewed vigor.

When it was my father's turn, he decided to make a whisky like no other. It would be delicate and smooth, yet with a distinctive heartiness all its own.

Fortunately, Dad's instincts about bourbon were pretty good. Otherwise, I might be designing houses with roofs of red wax.

Bill Samuels, Jr.

Bill Samuels, Jr.
President
Maker's Mark Distillery

**Maker's Mark**

MM007946

CONFIDENTIAL INFORMATION

Maker's Mark Distillery, Loretto, KY 40037, 45% Alc./Vol., (90 Proof), Fully Matured

MM_007428